GARY S. SHUSTER, CA SBN 162379
litigation@utherverse.legal
UTHERVERSE, INC. LEGAL DEPT.
102-80A 6th St.
New Westminster BC V3L 5B3
Canada
Telephone: (778) 802-5025
Facsimile: (559) 272-2222

Attorneys for Plaintiff,
UTHERVERSE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GECKO LABS PTE. LTD., d/b/a COINGECKO; and COINMARKETCAP OPCO, LLC, d/b/a COINMARKETCAP<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR (1) TRADEMARK INFRINGEMENT (15 U.S.C. § 1114); (2) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)); (3) CONTRIBUTORY TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114, 1125); (4) VICARIOUS TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114, 1125; FEDERAL COMMON-LAW VICARIOUS LIABILITY)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, UTHERVERSE, INC. ("UI") alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for trademark infringement and unfair competition arising under the Lanham Act. Plaintiff seeks to stop Defendants from infringing its federally registered trademark "RAYS" by Defendants' unauthorized use of the confusingly similar designation "RAY" in connection with a cryptocurrency token listing. Plaintiff seeks injunctive relief, damages, and other remedies to address Defendants' wrongful conduct.

### JURISDICTION AND VENUE

2.      **Subject Matter Jurisdiction:** This Court has federal-question jurisdiction under 28

1    U.S.C. §§ 1331 and 1338(a), and 15 U.S.C. § 1121 because this action arises under the Lanham Act.

2    No state law claims are brought in this complaint.

3        3.    **Personal Jurisdiction:** Defendants are subject to personal jurisdiction in this

4    District. They operate highly interactive, commercial websites and mobile apps that they

5    purposefully direct to the United States and California, including by distributing apps through

6    Apple's App Store and Google Play; monetizing California traffic; integrating California-based

7    adtech, analytics, and captcha providers; publishing USD-denominated pricing; partnering with

8    California crypto businesses; and geo-targeting advertisements. Plaintiff's claims arise out of and

9    relate to these forum-directed activities, and the exercise of jurisdiction comports with fair play and

10    substantial justice. In the alternative, to the extent any Defendant contends it is not subject to

11    jurisdiction in the courts of any state, Fed. R. Civ. P. 4(k)(2) confers personal jurisdiction based on

12    Defendants' nationwide contacts with the United States. See also 28 U.S.C. § 1391(c)(2)-(3), (d).

13        4.    **Venue:** Venue is proper in this District under 28 U.S.C. § 1391(b)-(c) because a

14    substantial part of the events or omissions giving rise to the claims occurred here and Defendants

15    are subject to the Court's personal jurisdiction. For foreign entities, venue is also proper under

16    § 1391(c)(3); for corporate defendants, under § 1391(d). Plaintiff's trademark injury is felt in this

17    District and nationwide, Defendants' websites and apps are accessed here, and Defendants transact

18    business and derive revenue from users here. Defendant CoinGecko's own documentation states that

19    "California dominates as #1 state in America that is most interested in Bitcoin and Ethereum [i.e.

20    cryptocurrency/virtual currency]." Exh. 3.

21        **PARTIES**

22        5.    Plaintiff: **Utherverse, Inc**. ("Utherverse" or "UI") is a corporation organized under

23    the laws of Nevada with its principal U.S. place of business in Nevada. Utherverse is a pioneering

24    developer of online virtual worlds and 3D social networking platforms. Among other things,

25    Utherverse has for many years operated a virtual world ecosystem in which users interact, play

26    games, and conduct commerce. Central to that ecosystem is Rays, a virtual currency used as the

27    primary medium of exchange within Utherverse's online platform. Utherverse is in the process of

28    preparing to list its Rays token as a cryptographic virtual currency.

6.    **Defendant CoinGecko:** Gecko Labs Pte. Ltd. is a private limited company organized under the laws of Singapore, doing business as "CoinGecko." CoinGecko operates a popular online platform and website (coingecko.com) that aggregates cryptocurrency market data. CoinGecko displays information about thousands of cryptocurrency tokens (such as prices, charts, and trading volumes), and it is used by consumers worldwide, including in California, to research and track digital assets. CoinGecko's platform is interactive and commercial in nature, offering services such as portfolio tracking, mobile apps, premium subscriptions, advertising, and an API for developers. Upon information and belief, CoinGecko derives revenue from U.S. users (through ads, partnerships or other services) and has knowingly and continuously made its services available to California residents. When a California user goes to the CoinGecko Raydium page listing "RAY Price", and selects "Buy/Sell", a sponsored ad for Crypto.com is presented.



COMPLAINT OF UTHERVERSE, INC.

7.      CoinGecko.com uses at least the following California-based services in furtherance of its infringing activities: (a) The SSL certificate for the site, serial number 06A4DE351E879BD458D25094E0113D8C67C1 was issued by "Let's Encrypt", a United States-based entity hosted at http://e8.i.lencr.org, a DNS address that is part of Akamai Technologies, Inc.'s IP block, located in San Jose, California; (b) the home page of the site contains the code tag "googletag.pubads().setTargeting("kevelcoin", coins)", which indicates that they are running Google Ads to generate revenue for themselves, and Google (part of Alphabet) is located in Mountainview, California in the Northern District of California; (c) the site permits use of Google's "One Tap" sign-in functionality; (d) HTML from the home page contains the code "<script src="https://challenges.cloudflare.com/turnstile/v0/api.js"></script>", which invokes Cloudflare Turnstile as a CAPTCHA system; Cloudflare is headquartered in San Francisco, California, within this District; (e) HTML from the home page includes data-controller="...mixpanel-init..." and a data-mixpanel-token, which causes it to use Mixpanel for product analytics; Mixpanel is headquartered in San Francisco, California (within this District); (f) HTML from the home page contains the code "const TW_DOMAIN = "platform.twitter.com";", which means it has functionality to embed posts (tweets) from X, which was, at many of the times of use (until September 2024), headquartered in San Francisco, California; (g) CoinGecko admits that "Surpassing all states, California makes up 43% of total Bitcoin and Ethereum web page traffic on CoinGecko, in the United States…" Exh. 3; (h) The domain name coingecko.com is registered with New York based NameCheap, Inc., but lists a 661 area code number, +1.66131****7  (full number not disclosed to avoid release of personal data), which is a Los Angeles-area exchange, and the email contact is [redacted]@withheldforprivacy.com, which uses Cloudflare  (San Francisco) for name servers; (i) CoinGecko's mobile app for Android is distributed by Google Play, part of Alphabet, headquartered in this District (*see* Exh. 4); (j) CoinGecko's mobile app for Apple's iOS is hosted by Apple, headquartered in this District (*see* Exh. 5); (k) CoinGecko is currently conducting the "CoinGecko Bitcoin Survey 2025" on Google Docs (*see* Exh. 6) located in this District; and (l) on information and belief, a substantial number of CoinGecko members (premium or otherwise) are located in California.

8.    **Defendant CoinMarketCap:** CoinMarketCap OpCo, LLC is a limited liability company organized under the laws of Delaware, doing business as "CoinMarketCap." CoinMarketCap operates the world's most-referenced cryptocurrency information site (coinmarketcap.com). Like CoinGecko, CoinMarketCap provides data on cryptocurrency prices, market capitalizations, and related information, and is visited by millions of users, including substantial traffic from California. CoinMarketCap was founded in 2013 in New York and is now owned by Binance (a global crypto company), though it represents itself as an independent business entity. CoinMarketCap interacts with California users and businesses, including facilitating token listing applications and providing information targeted to U.S. markets (e.g. prices in USD). When a California user goes to the CoinMarketCap Raydium page listing "RAY" prices, and selects "Buy RAY", they are presented with three sponsored options:



9.    CoinMarketCap uses at least the following California-based services in furtherance of its infringing activities: (a) The CoinMarketCap iOS app is distributed by Apple, headquartered in this District (*see* Exh. 8); (b) The CoinMarketCap android app is distributed by Google Play store, headquartered in this District (*see* Exh. 7) (c) The CoinMarketCap.com domain name is registered with MarkMonitor and lists the registrant as "Domain Administrator, DNStination Inc., 3**0 Sacramento St., Suite *** San Francisco CA 94118, with a phone number of 415-531-***5 (redacted to avoid sharing personal information) (the registrant is the owner of the domain name,

presumably holding it for the benefit of CoinMarketCap); (d) The HTML for the coinmarketcap.com home page shows that it uses Google Tag Manager, Google Search Console, Googlebot Detection; and a link to the CoinMarketCap YouTube channel, all of which are in this District; (e) the HTML also links to CoinMarketCap's Facebook page, part of Meta Platforms of Menlo Park, California; (f) the HTML also links to an X account which was headquartered in San Francisco at many of the times of use (until September 2024); (g) CoinMarketCap markets itself as "working with leading organizations" including California-based exchanges like Coinbase (San Francisco) and Kraken (San Francisco); (h) On information and belief, CoinMarketCap's substantial advertising program (selling ads) can be geo-targeted to California (*see* Exh. 9); (i) that same URL claims that CoinMarketCap has a "fast-growing & highly engaged global community" hosted on San Francisco's X (6.6 million users); Menlo Park's Facebook (1.1 million users); Menlo Park's Meta-owned Instagram (810,000 users); and Mountain View's Alphabet's YouTube (410,000 users) (*See* Exh. 9); (j) the site lists several virtual currencies containing the word "California" (*See* Exh. 10); (k) CoinMarketCap partnered with Aperture Finance (Sunnyvale/Mountain View); Sui/Mysten Labs (Palo Alto); IoTeX (Menlo Park); and Shima Capital (San Francisco) (*See* Exh. 11); and (l) in Cox v. CoinMarketCap OpCo LLC, et al. (CV-21-08197-PCT-SMB, District of Arizona) CoinMarketCap's parent, Binance, took the position (in that litigation where CoinMarketCap was a defendant) that California could exercise personal jurisdiction over it[1] (*see* <u>Cox v. CoinMarketCap OPCO, LLC</u>, 112 F.4th 822 (9th Cir. 2024), <u>cert. denied sub nom.</u> <u>CoinMarketCap OpCo v. Cox</u>, No. 24-960, 2025 WL 1787730 (U.S. June 30, 2025)).

**PLAINTIFF'S RAYS TRADEMARK**

10.    **The RAYS Mark and Registration:** Plaintiff owns U.S. Trademark Reg. No. 4,482,904 for RAYS (standard characters) on the Principal Register, which has attained incontestable status under 15 U.S.C. § 1065. The registration covers "Financial services, namely, a virtual currency for use in an online computer game, in an online social networking service, or in an on-line social networking game" (IC 36), as set forth in the registration. First use in commerce was

---

[1] https://www.courtlistener.com/opinion/9535333/cox-v-coinmarketcap-opco-llc/?q=&court_laed=on&order_by=score

July 24, 2007. The RAYS mark was filed on February 20, 2009 and registered on February 18, 2014. *See* Exh. 1.

11.     In other words, RAYS is the brand name of Plaintiff's proprietary virtual currency used within its online entertainment and social platforms. Utherverse has used the RAYS mark in commerce for almost two decades; in fact, RAYS has been used as Utherverse's virtual currency for approximately 18 years. Through continuous and extensive use, promotion, and commercial success, the RAYS mark has acquired substantial goodwill and consumer recognition, particularly among users of online virtual worlds, gaming, and digital commerce platforms. Rays are traded on a platform similar to the one Defendants show for the RAY token:

**MARKETPLACE**

---- RLC MARKETPLACE 2025-09-05 ----     24hr Volume: ®18574     Exchange Rate: 0.07     Selli...

| Selling | | | | Buying | | | |
|---|---|---|---|---|---|---|---|
| Offer | Expires | Units | Price/Ray | Offer | Expires | Units | Price/Ray |
| Sell Offer 1 | 0d 6h 16m | ®346 | $0.075 | Buy Offer 1 | 0d 0h 12m | ®2496 | $0.070 |
| Sell Offer 2 | 0d 7h 39m | ®513 | $0.075 | Buy Offer 2 | 0d 0h 12m | ®1000 | $0.070 |
| Sell Offer 3 | 0d 7h 50m | ®500 | $0.075 | Buy Offer 3 | 0d 1h 12m | ®2500 | $0.070 |
| Sell Offer 4 | 0d 8h 5m | ®636 | $0.075 | Buy Offer 4 | 0d 1h 12m | ®1000 | $0.070 |
| Sell Offer 5 | 0d 8h 57m | ®513 | $0.075 | Buy Offer 5 | 0d 2h 22m | ®2500 | $0.070 |
| Sell Offer 6 | 0d 10h 21m | ®513 | $0.075 | Buy Offer 6 | 0d 2h 22m | ®1000 | $0.070 |
| Sell Offer 7 | 0d 11h 47m | ®513 | $0.075 | Buy Offer 7 | 0d 3h 32m | ®2500 | $0.070 |
| Sell Offer 8 | 0d 13h 10m | ®508 | $0.075 | Buy Offer 8 | 0d 3h 32m | ®1000 | $0.070 |
| Sell Offer 9 | 0d 14h 40m | ®513 | $0.075 | Buy Offer 9 | 0d 4h 32m | ®2500 | $0.070 |
| Sell Offer 10 | 0d 15h 55m | ®513 | $0.075 | Buy Offer 10 | 0d 4h 32m | ®1000 | $0.070 |
| Sell Offer 11 | 0d 21h 33m | ®606 | $0.075 | Buy Offer 11 | 0d 4h 41m | ®500 | $0.070 |
| Sell Offer 12 | 1d 11h 7m | ®569 | $0.075 | Buy Offer 12 | 0d 5h 42m | ®2500 | $0.070 |
| Sell Offer 13 | 1d 18h 56m | ®513 | $0.075 | Buy Offer 13 | 0d 5h 42m | ®1000 | $0.070 |
| Sell Offer 14 | 1d 20h 18m | ®513 | $0.075 | Buy Offer 14 | 0d 6h 52m | ®2500 | $0.070 |
| Sell Offer 15 | 1d 21h 33m | ®607 | $0.075 | Buy Offer 15 | 0d 6h 52m | ®1000 | $0.070 |
| Sell Offer 16 | 1d 21h 47m | ®513 | $0.075 | Buy Offer 16 | 0d 7h 39m | ®500 | $0.070 |
| Sell Offer 17 | 1d 13h 57m | ®513 | $0.075 | Buy Offer 17 | 0d 7h 51m | ®685 | $0.070 |
| Sell Offer 18 | 2d 16h 32m | ®513 | $0.075 | Buy Offer 18 | 0d 7h 52m | ®2500 | $0.070 |
| Sell Offer 19 | 2d 18h 1m | ®513 | $0.075 | Buy Offer 19 | 0d 7h 52m | ®1000 | $0.070 |
| Sell Offer 20 | 2d 20h 54m | ®513 | $0.075 | Buy Offer 20 | 0d 9h 2m | ®2500 | $0.070 |
| Sell Offer 21 | 2d 21h 32m | ®601 | $0.075 | Buy Offer 21 | 0d 9h 2m | ®1000 | $0.070 |
| Sell Offer 22 | 2d 23h 37m | ®513 | $0.075 | Buy Offer 22 | 0d 10h 2m | ®2500 | $0.070 |
| Sell Offer 23 | 3d 2h 14m | ®513 | $0.075 | Buy Offer 23 | 0d 10h 2m | ®1000 | $0.070 |
| Sell Offer 24 | 3d 5h 1m | ®513 | $0.075 | Buy Offer 24 | 0d 10h 21m | ®500 | $0.070 |
| Sell Offer 25 | 3d 7h 9m | ®513 | $0.075 | Buy Offer 25 | 0d 11h 2m | ®2500 | $0.070 |
| Sell Offer 26 | 3d 8h 42m | ®513 | $0.075 | Buy Offer 26 | 0d 11h 2m | ®1000 | $0.070 |
| Sell Offer 27 | 3d 9h 54m | ®513 | $0.075 | Buy Offer 27 | 0d 12h 2m | ®2500 | $0.070 |
| Sell Offer 28 | 3d 11h 6m | ®513 | $0.075 | Buy Offer 28 | 0d 12h 2m | ®1000 | $0.070 |
| Sell Offer 29 | 3d 12h 18m | ®513 | $0.075 | Buy Offer 29 | 0d 13h 12m | ®2500 | $0.070 |
| Sell Offer 30 | 3d 16h 9m | ®513 | $0.075 | Buy Offer 30 | 0d 13h 12m | ®1000 | $0.070 |
| Sell Offer 31 | 3d 17h 27m | ®513 | $0.075 | Buy Offer 31 | 0d 14h 12m | ®2500 | $0.070 |
| Sell Offer 32 | 3d 18h 41m | ®513 | $0.075 | Buy Offer 32 | 0d 14h 12m | ®1000 | $0.070 |
| Sell Offer 33 | 3d 20h 12m | ®513 | $0.075 | Buy Offer 33 | 0d 15h 12m | ®2500 | $0.070 |
| Sell Offer 34 | 3d 21h 35m | ®602 | $0.075 | Buy Offer 34 | 0d 15h 12m | ®1000 | $0.070 |
| Sell Offer 35 | 4d 0h 7m | ®513 | $0.075 | Buy Offer 35 | 0d 16h 22m | ®2500 | $0.070 |
| Sell Offer 36 | 4d 1h 28m | ®513 | $0.075 | Buy Offer 36 | 0d 16h 22m | ®1000 | $0.070 |
| Sell Offer 37 | 4d 3h 2m | ®513 | $0.075 | Buy Offer 37 | 0d 17h 22m | ®2500 | $0.070 |
| Sell Offer 38 | 4d 5h 34m | ®513 | $0.075 | Buy Offer 38 | 0d 17h 22m | ®1000 | $0.070 |
| Sell Offer 39 | 4d 8h 12m | ®508 | $0.075 | Buy Offer 39 | 0d 18h 22m | ®2500 | $0.070 |
| Sell Offer 40 | 4d 10h 53m | ®513 | $0.075 | Buy Offer 40 | 0d 18h 22m | ®1000 | $0.070 |

...ort | Terms of Service | Privacy Policy | World-Ops | Resources | Advertising | Webmasters | Legal

Utherverse® 2025
Rays® is a Registered Trademark of Utherverse, Inc.

COMPLAINT OF UTHERVERSE, INC.

12.    **RAYS in Utherverse's Business:** Within Utherverse's virtual world, users buy, earn, spend, and exchange "RAYS" as a unit of virtual money. For example, users can buy RAYS from the Rays Marketplace (an online Exchange), or they can earn RAYS by selling virtual goods, providing services, or as tips or rewards; and they can sell RAYS (including to Utherverse) if they are a designated Contractor of Utherverse) or use RAYS to purchase virtual goods and services in the platform. RAYS are central to Utherverse's economy and are well known to participants in Utherverse's community. Utherverse's official websites and terms of service prominently refer to Rays as the company's virtual currency and a registered trademark of Utherverse, Inc. The RAYS mark is distinctive, and Plaintiff has taken steps to protect it, including securing federal registration.

13.    **Expansion into Cryptocurrency:** As technology evolved, Utherverse has been bridging into the broader blockchain and cryptocurrency space. Utherverse's business now involves Web 3.0 and blockchain initiatives, and it has even launched tokens on public blockchains (for instance, Utherverse has token projects under the ticker "UTHX" and "UTHR"). The (thin or non-existent) line between Utherverse's "virtual currency" and the cryptocurrency industry has increasingly blurred, as Utherverse's new platform integrates blockchain-based assets. Consumers reasonably expect brand continuity as Utherverse integrates blockchain functionality. As Utherverse expands its digital-economy offerings into public-chain environments, the RAYS currency would naturally be perceived as the same branded unit of exchange across platforms. That convergence heightens the need to prevent confusing uses of RAY in adjacent financial contexts. Plaintiff's RAYS-branded currency occupies a similar conceptual space to cryptocurrencies – both are forms of digital money used in online platforms – which makes the protection of the RAYS mark in the crypto context critical to Plaintiff.

14.    The infringement by the RAY (Raydium) token means that too many barriers exist to permit Utherverse to use its own trademark on blockchain without reputational risk, risk of non-listing or delisting, and consumer confusion.

**ISSUES UNIQUE TO CRYPTOCURRENCY AND TRADEMARK LAW**

15.    Cryptocurrency is by nature capable of operation without exposing the identity of those behind the cryptocurrency.

16.     If enforcement against a decentralized currency that infringes a registered US federal trademark cannot be accomplished directly against a currency operator (which appears to be the case), unless those contributing to the operation of the infringing decentralized virtual currency can be sued and enjoined from promoting the infringing use, the Lanham Act becomes a dead letter as against any decentralized operation, such as virtual currency. It cannot be the case that Congress intended trademark law and the courts charged with adjudicating trademark issues to be gamed in this way.

17.     A cryptocurrency or token is not a juridical person capable of "using" a mark or of being haled into court. The Lanham Act authorizes suits against a "person," which includes natural persons and "juristic persons" (e.g., firms, corporations, unions, associations, or other organizations capable of suing and being sued). 15 U.S.C. § 1127. A token and the peer-to-peer protocol that records transfers are neither natural nor juristic persons; they have no officers, registered agent, place of business, or capacity to accept service or to comply with court orders under Fed. R. Civ. P. 17(b). A blockchain ledger and the open-source code that interacts with it are tools, not litigants. As a matter of both statutory text and basic civil-procedure mechanics, there is simply no cognizable posture in which "the cryptocurrency" itself could be the defendant in a Lanham Act action.[2]

18.     Injunctive relief under the Lanham Act is inherently in personam. See 15 U.S.C. § 1116(a); Fed. R. Civ. P. 65(d). Courts issue orders that bind parties, their officers, agents, and those acting in active concert with them after notice. A decentralized network—comprised of an ever-changing set of anonymous validators and users operating outside any hierarchy—has no agent to receive process and no centralized actor who can implement an injunction by, for example, renaming a token, altering user interfaces, or suspending trading pairs. An order purporting to run "against the token" would therefore be both unenforceable and inconsistent with Rule 65's structure, which presupposes accountable persons.

19.     Each cryptocurrency that is in violation of the Lanham Act is in violation of that Act as a result of a level of cooperation (or conspiracy) among those working to promote, trade, or

---

[2] Utherverse does not waive any rights to proceed against any party, particularly should Utherverse be able to unmask the anonymous creators behind the infringing token.

1    otherwise monetize the currency, whether by selling ads on listings for the currency or directly

2    facilitating the trade of the currency. This complaint does not yet allege a conspiracy, whether RICO

3    (if predicate acts are found) or otherwise, pending discovery or additional information or legal

4    analysis or precedent that would support such allegations.

5          20.    Nor does trademark law provide the sort of *in rem* cause of action that might

6    otherwise permit a suit against property in the abstract. With limited and explicit exceptions

7    potentially not applicable here (e.g., the Anticybersquatting Consumer Protection Act's in rem

8    proceeding against domain names, 15 U.S.C. § 1125(d)(2)), Lanham Act claims proceed against

9    actors who use a mark in commerce. A virtual cryptocurrency is not a domain name and is not a res

10   for which Congress has authorized in rem adjudication.

11         21.    The practical and legal consequence is that trademark enforcement in this context

12   must proceed against the identifiable persons and entities that use the mark in commerce or that

13   knowingly facilitate and profit from that use. See 15 U.S.C. §§ 1114(1), 1125(a). Those actors

14   include, without limitation, the developers and promoters who selected and publicized the infringing

15   name and ticker; centralized exchanges and broker-dealers that list the token under the infringing

16   designation; decentralized-exchange ("DEX") front-end operators that curate and display trading

17   pairs under that name; indexing, data, and price-feed services that brand the asset; and

18   market-making or liquidity-provision firms that advertise, solicit, and route trading under the mark.

19   These are the parties who place the designation in advertising and on transactional interfaces, and

20   they are the parties through whom confusion is created and perpetuated.

21         22.    Liability attaches under familiar doctrines. First, such actors may be direct infringers

22   when they themselves adopt and display the confusing designation on order books, user interfaces,

23   mobile apps, marketing pages, and social-media promotions - textbook "use in commerce." Second,

24   they may be contributory infringers where, with actual knowledge or willful blindness, they continue

25   to supply services that they know or have reason to know enable the infringing use. Exchange and

26   reporting operators and front-end website controllers exercise practical control: they decide which

27   assets to list, what names and symbols to display, when to pause trading, and how to respond to

28   rights-holder complaints.

23.     To the extent a particular token ecosystem is administered by a foundation, company, or identifiable group (including any decentralized autonomous organization that functions as an unincorporated association), such persons are likewise proper defendants. While some courts have permitted suits against DAOs treated as unincorporated associations, the token itself is not a DAO, is not an association, and has no legal personality. The correct defendants are the persons who organize, fund, operate, and profit from the system and who decide how the contested designation is presented to consumers.[3]

24.     Proceeding against these facilitators is not only doctrinally required; it is the only path to effective relief. Once liable defendants are before the Court, Rule 65(d)(2) permits injunctions that bind them and those acting in active concert with them after notice, including listing partners, liquidity providers, and data services. Remedies can include (a) removing or renaming trading pairs and tickers that use the infringing designation; (b) ceasing paid promotion, search-engine marketing, and social-media advertising and promotion that uses the mark; (c) implementing filter rules and user-interface changes to prevent auto-suggest or relisting of the infringing name; (d) publishing corrective disclosures to dispel confusion; and (e) adopting notice-and-takedown procedures for new listings that present the same risk of confusion. These are measures that human defendants can implement; a token cannot.

25.     Defendants may protest that "the blockchain cannot be turned off." That misses the point. Trademark law does not ask courts to re-engineer a distributed ledger; it asks whether defendants are using or facilitating the use of a confusing mark in commerce and, if so, to stop doing so. The relief sought is therefore narrowly tailored to defendants' own conduct—their listings, branding choices, promotional materials, and interfaces - not to the underlying cryptographic protocol.

26.     In short, because a cryptocurrency is not a suable person and because the Lanham Act supplies in personam, not in rem, remedies, Plaintiff cannot (and need not) sue "the cryptocurrency." The proper defendants are the developers, promoters, reporting site operators,

---

[3] Plaintiff reserves the right to proceed against an organization responsible for and/or operating Raydium, should such an entity be identified.

COMPLAINT OF UTHERVERSE, INC.

1   exchanges, front-end operators, market intermediaries, and other identifiable persons who adopt,

2   display, and monetize the infringing designation or who knowingly facilitate its continued use

3   despite notice. Against those defendants, the Court can grant effective and enforceable relief.

4        27.    The cryptocurrency industry has moved from a legally and financially novel status to

5   a point where it is recognized as a mature and functional part of the modern economy. El Salvador

6   and the Central African Republic have adopted Bitcoin as legal tender. Venezuela has adopted a

7   state-issued crypto token as legal tender for certain payments. The Marshall Islands introduced the

8   SOV token as legal tender. The President of the United States is heavily involved in cryptocurrency

9   and has created (by executive order) a Strategic Bitcoin Reserve and a U.S. Digital Asset Stockpile.

10  In light of the maturation of cryptocurrency into a legitimate part of the world's largest economy

11  (the United States), a failure to apply the tools available to the legal system to enforce the rules that

12  apply to all legitimate businesses – including intellectual property laws – would create a loophole

13  permitting avoidance of many crucial laws governing all other businesses and methods of value

14  exchange. Cryptocurrency has "grown up" and must be treated in the same way as other legitimate

15  businesses.

16              **DEFENDANTS' USE OF "RAY" FOR THE RAYDIUM TOKEN LISTING**

17       28.    **Raydium and Its "RAY" Token:** "Raydium" is the name of a decentralized finance

18  protocol on the Solana blockchain. The Raydium project launched in 2021 and issued a

19  cryptocurrency token as its native asset. That token is commonly referred to by the ticker symbol

20  "RAY." The token's formal name is Raydium (sometimes abbreviated as "Raydium (RAY)",

21  "RAY"), and it is traded on many cryptocurrency exchanges. Neither Raydium nor its developers

22  are affiliated in any way with Utherverse. The use of "RAY" as a standalone brand identifier for a

23  financial instrument is inherently likely to conflict with Plaintiff's RAYS mark, especially given the

24  overlapping digital currency usage. The use of the RAY mark by defendants is documented in each

25  of the exhibits to this Complaint.

26       29.    **Defendants Listing "RAY" Token:** Both CoinGecko and CoinMarketCap have

27  listed the Raydium cryptocurrency token on their platforms since its launch. Each Defendant created

28  a dedicated page for the Raydium token, displaying the token's name as "Raydium" and prominently

1    using the ticker symbol "RAY" to identify it. On CoinGecko, the Raydium token page shows the

2    name "Raydium" with the trading symbol "RAY" (paired with currency like USD). It currently ranks

3    among the top tokens and displays market data under that symbol. The page heading explicitly labels

4    the asset as "Raydium (RAY)" and refers to it simply as "RAY" in many places (e.g., "Get RAY

5    alerts," "1 RAY = $3.28," etc. On CoinMarketCap, the Raydium listing likewise uses "RAY" as the

6    shorthand for the token. The CoinMarketCap page is titled "Raydium price today, RAY to USD live

7    price…" and the header shows "Raydium price" with "RAY" in large bold text directly beneath it.

8    The listing notes metrics like total supply "555M RAY" and other information, reinforcing that

9    "RAY" is being used as the name of the token on the site.

10    　　　　30.　　By featuring the "RAY" designation so prominently, Defendants are effectively using

11    that term as a trademark or source indicator for the token within their services, i.e., as the identifier

12    by which users recognize the asset.

13    　　　　31.　　**Commercial Nature of Use**: Defendants' use of the "RAY" mark is a commercial

14    use in commerce. Defendants are not passive news sites or academic indexes; they are commercial

15    enterprises that facilitate the promotion, trading, and interest in the listed tokens. Both platforms

16    incorporate advertising, referral links, and other revenue-generating features around token listings.

17    For instance, CoinGecko's Raydium page instructs users on how to buy RAY and encourages users

18    to buy RAY, even including a list of exchanges (including links) for trading RAY. CoinMarketCap's

19    page similarly includes links and tools for users to engage with the RAY token (such as market

20    listings, converters, and "Buy RAY" prompts). Defendants profit from user engagement with these

21    pages (via ad impressions, affiliate exchange commissions, increased platform subscriptions, etc.).

22    Thus, Defendants' display of "RAY" is "in connection with the advertising, offering, and

23    distribution" of a financial product (the Raydium token), squarely within the scope of commercial

24    trademark use under the Lanham Act. Indeed, with regard to CoinMarketCap, at least one lawsuit

25    has alleged that it operated in conjunction with Binance to manipulate prices, underscoring (whether

26    the allegations in the suit were true or not) the tight connection between listing entities and pricing.

27    The SEC has likewise taken an interest in Binance's commercial activities. *See*

28    https://www.sec.gov/newsroom/press-releases/2023-101

---

13

32.    **Conflict with Plaintiff's Mark:** The token symbol "RAY" is confusingly similar to Plaintiff's RAYS mark. In fact, "RAY" is nearly identical to "RAYS," save for the exclusion of the letter "S." The two terms are phonetically almost indistinguishable (the singular "ray" versus the plural "rays"). The commercial impression is dominated by the word "RAY," which is the entirety of Defendants' term and the singular form of Plaintiff's mark. Both refer to a form of digital currency: Plaintiff's RAYS mark denotes a virtual currency, and Defendants' use of RAY denotes a cryptocurrency token. This overlap in meaning and context exacerbates the likelihood of consumer confusion. Consumers encountering "RAY" in the context of online currency may easily assume a connection to "RAYS" or believe that "RAY" is an offshoot or abbreviation of Plaintiff's currency.

33.    **Using a Singular Version of a Trademark That is Plural Still Infringes**: Courts considering the issue have found that generally "there is no material difference, in a trademark sense, between the singular and plural forms of [a] word." *Wilson v. Delaunay*, 245 F.2d 877, 878 (C.C.P.A. 1957) (comparing "Zombie" to "Zombies"); *see also Innovation Ventures, LLC v. N2G Distrib., Inc*., 763 F.3d 524, 535 (6th Cir. 2014) (finding infringement regardless of "the fact that some of Defendants' products use the plural"). The leading treatise on trademarks summarizes the issue well: "A junior user's mark which consists of a senior user's mark changed from singular to plural version, or vice-versa, does result in some difference in the appearance (and perhaps meaning) of the marks. However, in most cases, such a difference will be minimal. This means that the marks will usually be treated as nearly identical or at least having the same overall commercial impression." § 23:46.25. Singular and plural versions and abbreviations, 3 McCarthy on Trademarks and Unfair Competition § 23:46.25 (5th ed.). Given the identical use and common reference to more than one, singular "RAY" as "RAYs", the absence of the trailing "S" in "RAY" is immaterial to its infringement of Utherverse' mark.

34.    Adding to the conflict and consumer confusion, CoinGecko lists "RAY/UTHX" together, conflating the token infringing Utherverse's mark with an Utherverse cryptocurrency. *See* Exh. 12, page 5 ("RAY" is highlighted in yellow; the RAY/UTHX pairing is found on the right side of the page). Similarly, CoinMarketCap pairs Utherverse and Raydium. *See* Exh. 16.

35.    **Relevant Consumer Confusion:** The relevant consumers include users of

cryptocurrency platforms and participants in online virtual economies – demographics that overlap substantially. Today's average crypto investor is often tech-savvy and may also be interested in metaverse or gaming projects, and vice versa. A consumer familiar with Utherverse's RAYS currency could see "Raydium (RAY)" listed on CoinGecko or CoinMarketCap and mistakenly think it is related to Utherverse or its currency. Conversely, a crypto trader who later encounters Utherverse's RAYS currency in a virtual world could presume it is the same as or affiliated with the RAY token they saw on CoinMarketCap. This confusion need not be conscious – it can manifest as initial interest confusion or subliminal association. Indeed, the Utherverse Rays Marketplace looks remarkably similar to trading platforms for Raydium and data presented in conjunction with "RAY" or "RAYS" on the defendants' sites.

36.      Industry experts have noted that the lack of unique standards for token tickers leads to investor confusion when different projects use similar or identical symbols. It is common in the cryptocurrency space for multiple projects to inadvertently share ticker symbols, which can claim the same ticker without an industry standard, and as a result, investors are apt to get confused. Here, that general problem is amplified because Plaintiff's RAYS is a well-established mark in a convergent field (virtual currency for online worlds, online games, social networking services, or social networking games), and Defendants' use of RAY refers to another digital currency in a way such that the public could reasonably assume a connection or common source.

37.      Coingecko operates on social media networks where the RAY mark is regularly utilized by them in a manner that causes consumer confusion. Coingecko.com lists the following:

Community:

X/Twitter

Telegram Chat

Telegram News

Instagram

Reddit

Discord

Facebook

1  YouTube

2  TikTok

3       38.       https://coinmarketcap.com/community is a social network for discussion of, *inter*

4  *alia*, RAYS, as shown below (large red arrow added) (*see also* Exh. 17):

39.    **Defendants' Knowledge**: Defendants either knew or reasonably should have known of Plaintiff's RAYS trademark rights. Plaintiff's RAYS mark has been registered since 2014 and is publicly listed in the USPTO registry. Plaintiff and its CEO have publicly asserted their trademark rights in RAYS in contexts relevant to the crypto industry (even communicating with crypto market participants about the issue). In fact, CoinGecko's own listing policy (*see* Exh. 14) explicitly acknowledges trademark rights – CoinGecko states that it "cannot list projects with names or symbols that infringe on existing trademarks" and reserves the right to "not list, delist, or rename project names or symbols that infringe on trademarks.". This policy indicates that Defendants are aware that token names or tickers might conflict with trademarks and that they have a duty to avoid such conflicts. Plaintiff directly notified both Defendants of the conflict in this case. Prior to filing suit, Plaintiff (through counsel) sent cease-and-desist correspondence to Defendants, informing them of Plaintiff's rights in the RAYS mark and requesting that the Raydium token be delisted or otherwise renamed to eliminate confusion. On September 4, 2025, counsel for CoinGecko responded with a refusal to take action. *See* Exh. 2. CoinMarketCap was given notice and asked to acknowledge receipt within 48 hours, at which point discussions could take place to avoid suit. CoinMarketCap never acknowledged receipt.

40.    Defendants' price-discovery and market-routing functions are integral to trading in the infringing cryptocurrency. Defendants operate commercial, highly interactive platforms that do far more than passively "display facts." Among other things, each Defendant: (a) curates and maintains token-specific pages prominently identifying the Raydium token by the confusingly similar designation "RAY"; (b) publishes real-time and historical price charts, order-book/volume data, and "markets" tables that list trading venues and pairs for RAY; (c) provides "where to buy" and similar prompts with deep links to exchanges offering RAY trading pairs; (d) offers watchlists, alerts, and portfolio tools keyed to the RAY identifier; and (e) licenses and syndicates the same RAY-labeled data through public and paid APIs to third-party apps, wallets, bots, and analytics services. Defendants' services are designed and marketed to facilitate and increase trading activity in the listed assets.

41.    Defendants' services materially advance, enable, and encourage trades in the infringing "RAY" token. Retail and professional users routinely consult Defendants' pages and APIs to discover tokens, assess price and liquidity, identify active trading pairs/venues, and route orders. Wallets, analytics dashboards, and trading tools commonly embed or rely on Defendants' RAY data feeds. By branding the Raydium token as "RAY," ranking it, pushing price alerts, and assembling venue links for it, Defendants supply the market-facing instrumentation (price discovery, visibility, routing) that drives demand and execution for the infringing cryptocurrency. This conduct is a substantial factor and but-for cause of ongoing infringement and confusion in U.S. commerce.

42.    Defendants have specific knowledge and the ability to stop supplying the instrumentality of infringement. Prior to filing this litigation, Plaintiff provided Defendants with actual notice of Plaintiff's RAYS rights and the resulting likelihood of confusion from Defendants' use of "RAY." Despite that notice, Defendants continued to (i) display the token as "RAY," (ii) serve RAY-labeled price/market data via web and API, (iii) maintain RAY market-pair directories and exchange links, and (iv) send RAY alerts. Defendants possess and routinely exercise editorial and technical control to delist assets, rename listings, block search results, purge caches, and/or suppress symbols and endpoints from their APIs. Defendants' post-notice decision to continue supplying these services under the "RAY" designation evidences knowledge or, at minimum, willful blindness to the infringement and consumer confusion.

43.    Defendants derive direct commercial benefit from their continued support of RAY. Defendants monetize RAY pages and feeds through advertising, premium/API subscriptions, referral traffic to exchanges, sponsorships, and increased user engagement. Their financial interest in sustaining RAY trading and traffic provides motive and further confirms that Defendants materially contribute to the infringement, rather than operating as neutral conduits.

44.    There are feasible, low-burden remedial steps Defendants have refused to take. Defendants could—without impairing any legitimate informational purpose—(a) cease using the "RAY" or "RAYS" designations; (b) list the asset by a non-conflicting name; (c) remove RAY from "markets" tables and disable deep-links; (d) suppress RAY symbol endpoints in APIs; and/or (e) post a clear, proximate disclaimer negating any association with Plaintiff's RAYS. Defendants'

1    refusal to implement such measures after notice further supports a finding of knowing and willful

2    contributory infringement.

3         45.    **CoinGecko's Willful Infringement**: Defendant CoinGecko, through its legal

4    counsel, responded on September 4, 2025 (email from Jesselyn Tham, Legal Counsel) refusing to

5    delist the token. In that response, CoinGecko disputed the likelihood of confusion, largely on the

6    grounds that "RAYS" (Plaintiff's mark) and "Raydium/RAY" or "RAY" are supposedly

7    distinguishable and operating in different industries, and that ticker symbol overlaps are common.

8    CoinGecko claimed its use of "RAY" is purely nominative and informational. Plaintiff strongly

9    disagrees with Defendants' position, as detailed in the causes of action below. Despite being fully

10   apprised of Plaintiff's rights and the risk of consumer confusion, Defendants have continued their

11   infringing use of "RAY" on their platforms. Such knowing continuation after notice constitutes

12   willful infringement. Indeed, other industry actors have heeded trademark complaints over token

13   tickers – for example, when Circle Internet Financial (issuer of USDC stablecoin) complained that

14   a memecoin's "CRCL" ticker infringed its brand, the listing service promptly changed that token's

15   ticker to avoid confusion. Here, by contrast, Defendants have chosen to disregard Plaintiff's

16   trademark and their own guidelines, *making this an exceptional case of willful infringement*.

17        46.    **CoinMarketCap's Willful Infringement**: Having been put on notice of its

18   infringing use, CoinMarketCap refused to respond, explain their position, or otherwise do anything

19   other than simply continue to infringe, *making this an exceptional case of willful infringement*.

20        47.    Defendants' tracking and syndication of RAY-labeled prices, rankings, and

21   market-pair directories are not passive facts but essential instruments of trade that users and

22   third-party apps depend on to place and route orders; by continuing to supply this RAY-branded

23   infrastructure after notice, Defendants knowingly and materially contribute to the infringement of

24   Plaintiff's RAYS mark.

25        48.    Both defendants also list other tokens using "RAYS"-form identifiers.

26   / / /

27   / / /

28   / / /

COMPLAINT OF UTHERVERSE, INC.

## FIRST COUNT

### Federal Trademark Infringement (15 U.S.C. § 1114)

### (Against All Defendants)

49.    **Plaintiff's Ownership of a Registered Mark:** Plaintiff Utherverse, Inc. repeats and re-alleges paragraph 1 through 48 as though fully set forth herein.

50.    Plaintiff is the owner of U.S. Trademark Reg. No. 4482904 for RAYS, a valid, incontestable, and subsisting mark on the Principal Register. This registration covers, inter alia, virtual currency and related financial services and social media networks and provides nationwide priority and rights.

51.    **Defendants' Unauthorized Use:** Defendants have used in commerce a reproduction, copy, or colorable imitation of the RAYS mark, namely the designation "RAY", without Plaintiff's consent. Specifically, Defendants display and use "RAY" in connection with the advertising, promotion, and facilitation of a cryptocurrency token on their commercial websites. This includes using "RAY" as the token's identifier in informational listings, providing links and tools to trade the token under the "RAY" name, and otherwise leveraging the "RAY" designation as a shorthand for the token in a commercial context.

52.    **Likelihood of Confusion:** Defendants' use of "RAY" is likely to cause confusion, or to cause mistake, or to deceive consumers as to the affiliation, connection, or association of the Raydium token with Plaintiff, or as to the origin, sponsorship, or approval of Defendants' services by Plaintiff. Among other factors indicating a likelihood of confusion are described in the subsequent paragraphs.

53.    **Likelihood of Confusion:** The marks are nearly identical in appearance, sound, and commercial meaning. "RAY" is the dominant portion of Plaintiff's RAYS mark (which is "Ray" plus an "s") and is identical to it but for plurality. Consumers often refer to Plaintiff's currency orally as "Ray" or "Rays" interchangeably. The presence of "Ray" as the entirety of the token ticker strongly invites association with "Rays."

54.    **Likelihood of Confusion:** The goods/services overlap or are related. Plaintiff uses RAYS for a form of digital currency in online entertainment, while Defendants use "RAY" to denote

a digital currency in blockchain finance. Both are units of exchange in online environments. With the increasing fusion of online gaming/metaverse and cryptocurrency (many games implement blockchain tokens), the channels of trade and user base for these virtual currencies are convergent. Both the RAYS currency and the RAY token appeal to users who operate in virtual economies and handle digital assets, making confusion more likely.

55.    **Likelihood of Confusion:** The marketing channels and environment are the same – namely the internet. Defendants' platforms themselves serve as marketing channels, exposing the "RAY" token to the same netizens who might be familiar with Utherverse's RAYS or encounter Utherverse's projects. The context is a web-based listing, which provides very little context to distinguish brand origin; a user seeing "RAY" on CoinMarketCap or CoinGecko might assume it refers to Plaintiff's RAYS (especially if they know Plaintiff is involved in crypto or has a currency).

56.    **Likelihood of Confusion:** Evidence of actual confusion may develop, and the law does not require waiting for actual confusion if likelihood is strong. The risk is recognized in industry commentary: multiple projects using the same or similar tickers inevitably confuse investors absent strict naming conventions. Here, anecdotal evidence (such as social media inquiries or user questions) is anticipated to show confusion (for example, users have inquired whether Utherverse's token is "RAY" or related to Raydium). Even without current public examples, the initial interest confusion caused by seeing a known brand's name on a crypto site can lure consumers to engage with the wrong product.

57.    **Likelihood of Confusion:** The Defendants' use of "RAY" does not just incidentally include Plaintiff's mark, but uses it as a focal point (the token's symbol). This is not a case of a remote similarity; it is a direct overlap in a context where distinctiveness is crucial. Users scanning a list of crypto tickers could easily conflate RAY with RAYS, thinking it's perhaps the same or a derivative asset.

58.    **Irreparable Harm.** Under the Trademark Modernization Act, a plaintiff that shows likelihood of success on the merits of a Lanham Act claim is entitled to a rebuttable presumption of irreparable harm. 15 U.S.C. § 1116(a). Plaintiff alleges such likelihood under the Ninth Circuit's AMF v. Sleekcraft factors—including strength of the mark, proximity of the goods/services (both

are digital currencies used in online environments), similarity of the marks (RAY vs RAYS), overlapping marketing channels (internet/mobile), Defendants' intent as evidenced by post-notice continuation, and the risk of actual or initial-interest confusion. Accordingly, injunctive relief is warranted.

59. **Infringement Under Section 32:** Defendants' acts constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(1). Defendants have used a colorable imitation of Plaintiff's registered mark in commerce in connection with the offering, distribution, and advertising of goods/services (the Raydium token and related data services) in a manner likely to cause confusion or deception.

60. **No Authorization or Affiliation**: Plaintiff has never authorized or licensed Defendants (or the Raydium project) to use the RAYS mark or any confusingly similar mark. Defendants' use of "RAY" is entirely *unauthorized*. The use falsely suggests an association with Plaintiff that does not exist. Consumers viewing Defendants' token listing are likely to erroneously believe that "RAY" is connected to "RAYS" – for example, they might assume the token is a branded currency of Plaintiff, or that Plaintiff's virtual currency has been listed or integrated into these crypto platforms

61. **Willful Conduct**: Defendants' infringement is willful, deliberate, and in conscious disregard of Plaintiff's rights. Defendants continued their use of "RAY" after receiving Plaintiff's cease-and-desist notice and an explanation of the trademark claims. Rather than take reasonable measures to mitigate confusion (such as altering the token's display name or suspending the listing pending resolution), Defendants chose to persist, evidently prioritizing their business interest in listing a popular token over the rights of the senior trademark owner. CoinGecko even explicitly acknowledged in correspondence that it was aware of the marks' similarity (noting the phonetic similarity) yet unilaterally concluded there was "no sufficient grounds" – a position contrary to established trademark law and to CoinGecko's own policies. This knowing infringement makes this an "*exceptional case*" under 15 U.S.C. § 1117(a), entitling Plaintiff to enhanced remedies.

62. **Damages:** As a proximate result of Defendants' infringement, Plaintiff has suffered and will continue to suffer irreparable harm to its trademark rights, goodwill, and reputation. Plaintiff

has also suffered damages in an amount to be proven at trial, such as diminished brand value and corrective advertising costs. Furthermore, Defendants have profited from their unauthorized use of "RAY," including increased web traffic, user engagement, and possibly advertising or affiliate revenues attributable to the popular interest in the RAY token listing. Plaintiff is entitled to recover all such monetary gains unjustly obtained by Defendants as a result of the infringement, as well as Plaintiff's lost profits or other actual damages. In the alternative, Plaintiff may elect statutory damages if available, or such damage measures as allowed by law.

63.     **Injunctive Relief:** Monetary relief alone cannot fully address the ongoing harm. Plaintiff has no adequate remedy at law because the trademark infringement is causing irreparable injury to the distinctive value of the RAYS mark and to Plaintiff's business opportunities in the cryptocurrency space (where maintaining a unique brand identity is essential). Unless enjoined by this Court, Defendants are likely to continue their infringing acts. Accordingly, Plaintiff is entitled to *injunctive relief under 15 U.S.C. § 1116* restraining Defendants from any further use of "RAY" or any mark confusingly similar to "RAYS" in connection with any token, product, or service not authorized by Plaintiff.

<div align="center">

**SECOND COUNT**

**Count II: Federal Unfair Competition / False Designation of Origin (15 U.S.C. § 1125(a))**

**(Against All Defendants)**

</div>

64.     Plaintiff repeats and realleges paragraphs 1 – 48 and 50 - 60 as if fully set forth herein.

65.     **False Designation**: Defendants' actions as described also violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Defendants have, in connection with goods or services, used words, terms, and names (specifically "RAY" to denote a token) in a manner that is likely to cause confusion or mistake as to the affiliation, origin, sponsorship, or approval of those goods/services by Plaintiff. This constitutes unfair competition and false designation of origin.

66.     Even if Plaintiff's RAYS mark were not registered (or if some technical argument were made about the form "RAY" versus "RAYS"), Defendants' use of "RAY" still misleads consumers into believing an association with Plaintiff's distinctive mark and name. The deception

1    concerns material facts – namely, the source and sponsorship of a digital asset. In essence,

2    Defendants are passing off the Raydium token under a name that is confusingly similar to Plaintiff's

3    mark, thus trading on Plaintiff's goodwill.

4          67.    **Nominative Fair Use Not Applicable**: Defendants may attempt to justify their

5    conduct as a "nominative fair use" or neutral data display. However, that doctrine is inapplicable

6    here. Nominative fair use permits use of another's mark only to identify the plaintiff's own goods

7    or services, typically for purposes such as commentary, comparisons, or truthful references, and only

8    so long as the use does not imply sponsorship or endorsement. In this case, Defendants are using

9    "RAY" to identify a third party's product, not Plaintiff's product. This is the opposite of nominative

10   use – it is a labeling of a separate product with a mark similar to Plaintiff's. Defendants are not

11   referring to Utherverse's "Rays" at all; they are using the term in a way that draws attention away

12   from Plaintiff's mark to an unrelated token. Thus, Defendants cannot claim they are "only describing

13   Plaintiff's product" – they are actually causing Plaintiff's product/brand to be overlooked or

14   confused with another.

15         68.    Moreover, even under a nominative use analysis (as adopted in the Ninth Circuit),

16   Defendants would fail the required elements. For instance: (1) Defendant's product (RAY) is

17   certainly identifiable without using the term "RAY" –  Defendants could simply use the full name

18   "Raydium" for the token (or another unique identifier) to avoid the clash, but they chose to

19   emphasize the ticker "RAY"; (2) Defendants are using the mark in a gratuitously infringing manner

20   – by using the exact term "RAY" alone, rather than clearly distinguishing it as "Raydium token,"

21   they maximize confusion; (3) Defendants' usage suggests sponsorship or affiliation – an ordinary

22   consumer seeing a branded listing on an official market data site is likely to assume the listed name

23   is legitimate and cleared of conflicts. Indeed, CoinGecko's and CoinMarketCap's presentation of

24   tokens confers a sense of recognition and legitimacy; by listing "RAY" without clarification,

25   Defendants implicitly convey that this token is uniquely entitled to that name, which in turn implies

26   no other entity (like Plaintiff) has a superior claim. This could falsely signal to consumers that

27   Plaintiff's RAYS (as a digital currency) is somehow related or that Plaintiff has acquiesced to this

28

COMPLAINT OF UTHERVERSE, INC.

use. In short, Defendants' conduct is not a protected fair use, but an unfair exploitation of a trademark similarity.

69.    **Damage to Goodwill**: Defendants' false designation and unfair competition have caused harm to Plaintiff's goodwill. The value of Plaintiff's RAYS mark is being diluted and its reputation is at the mercy of an unrelated crypto token's fortunes. For example, if the Raydium (RAY) token experiences scandal, fraud, or a crash (not unheard of in the crypto industry), observers could incorrectly attribute that negativity to "Rays" and by extension to Plaintiff. Already, the existence of another "Ray-" branded digital currency has forced Plaintiff to expend resources in legal efforts and has arguably impeded Plaintiff's own branding efforts in the blockchain sector. This diversion of goodwill and the blurring of brand identity constitute irreparable harm under § 1125(a).

70.    Relief: Plaintiff is entitled to all remedies available under the Lanham Act for such unlawful conduct, including injunctive relief, monetary damages, disgorgement of Defendants' profits attributable to the false designation, and costs and attorneys' fees as warranted, especially given the willful nature of the conduct.

### THIRD COUNT

### Contributory Trademark Infringement (15 U.S.C. §§ 1114, 1125)

### (Against All Defendants)

71.    Plaintiff realleges and incorporates by reference as through fully set forth herein paragraphs 1 – 48, 50 – 60, and 65 – 69.

72.    One or more third parties—including but not limited to the Raydium project and the trading venues, wallets, and applications that offer, advertise, and transact in the token branded and identified as "RAY"—are engaging in direct trademark infringement of Plaintiff's RAYS mark by using a confusingly similar designation in U.S. commerce.

73.    **Knowledge**. Prior to filing, Defendants had actual knowledge—and at minimum were willfully blind—to the infringing use of RAY in U.S. commerce and the resulting likelihood of confusion with Plaintiff's RAYS mark, including by virtue of Plaintiff's federal registration, direct notice, Defendants' own trademark policies, and their editorial control over listings and APIs.

74.     **Material Contribution / Continued Supply.** With such knowledge, each Defendant continued to supply services that materially contribute to the infringement, including (i) curating RAY-labeled token pages; (ii) publishing and syndicating RAY-keyed prices, charts, rankings, and market-pair directories; (iii) deep-linking to trading venues for RAY; (iv) offering alerts, watchlists, and portfolio tools keyed to RAY; and (v) providing RAY endpoints in APIs used by exchanges, wallets, and apps. These services are essential instrumentalities for discovery, price formation, and routing of trades in the infringing currency; users and third-party apps depend on them.

75.     **Ability to Control; Refusal to Act.** Each Defendant has the practical ability to delist or rename assets, suppress symbols in search and APIs, remove market-pair directories and deep links, post corrective notices, and invalidate caches. Despite notice, Defendants declined these feasible steps and continued supplying RAY-branded instrumentation, thereby knowingly participating in and facilitating the infringement.

76.     **Inducement (Pleading in the Alternative).** Alternatively, Defendants induced third-party infringement by promoting "Get RAY"/"Buy RAY" call-outs, presenting RAY with badge-like branding and rankings that confer legitimacy, and publishing "where to buy" routing that steers users to RAY trading pairs—all after knowledge of Plaintiff's rights.

77.     Defendants' contributory infringement is willful and exceptional within the meaning of 15 U.S.C. § 1117(a).

78.     By reason of the foregoing, Defendants are contributorily liable for trademark infringement under the Lanham Act. Defendants' conduct is willful and exceptional, warranting injunctive relief, disgorgement of profits, damages (including enhanced damages as the Court finds just under 15 U.S.C. § 1117(a)), attorneys' fees, and such other relief as the Court deems just.

### FOURTH COUNT

### Vicarious Infringement

### (Against All Defendants)

79.     Plaintiff realleges and incorporates by reference as through fully set forth herein paragraphs 1 – 48, 50 – 60, 65 – 69, and 72 – 77.

80.    Defendants share the ability to control the use of the RAY designation in their marketplaces (websites, apps, APIs) and derive a direct financial benefit from RAY traffic and trading activity (advertising impressions, affiliate/referral revenue, subscriptions, sponsorships). Their continued decision post-notice to maintain and monetize the RAY-labeled listings and data while having the ability to stop constitutes vicarious infringement under the Lanham Act. Plaintiff seeks the same remedies set forth above.

**Summary of Relief Justification.** Defendants are not neutral publishers of facts; they operate and monetize market-facing instrumentation—RAY-branded price discovery, rankings, market-pair directories, alerts, and APIs—that facilitate and increase trades in the confusingly labeled asset. After actual notice of Plaintiff's RAYS rights, Defendants chose to continue supplying those instrumentalities and refused feasible fixes (rename, delist, suppress symbol endpoints, remove deep links, post corrective notices). Under the Lanham Act, that constitutes willful direct and contributory infringement causing ongoing irreparable harm, for which injunctive relief (with the § 1116(a) presumption), damages, profits, and corrective measures are warranted.

PRAYER FOR RELIEF:

1. WHEREFORE, Plaintiff Utherverse, Inc. respectfully requests that the Court enter judgment in its favor and grant relief against Defendants as follows:

2. Injunctive Relief: A preliminary and permanent injunction enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, from:

    a. Using the designation "RAY" or any other mark confusingly similar to Plaintiff's RAYS mark in connection with any cryptocurrency, digital token, or related service, including prohibiting use of "RAY" as the name or ticker symbol on Defendants' platforms;

    b. Listing or displaying the Raydium token in any manner that uses "RAY" or otherwise infringes Plaintiff's RAYS mark, unless and until the token is rebranded with a

name/symbol that is not likely to cause confusion with Plaintiff's mark;

c. Otherwise infringing Plaintiff's RAYS mark or engaging in unfair competition as alleged herein.

3. **Irreparable-Harm Presumption**. In granting preliminary and permanent injunctive relief, apply the presumption of irreparable harm under 15 U.S.C. § 1116(a) upon a showing of likelihood of success or actual success on the merits

4. Requested Injunctive Relief (Contributory Count): In addition to the general prayer, Plaintiff seeks an order requiring each Defendant to: (i) cease using the "RAY" designation on any site, app, feed, or API; (ii) remove or disable all RAY "markets" tables, venue links, and buy-prompts; (iii) suppress the "RAY" symbol from search, indexing, alerts, watchlists, and portfolio features; (iv) withdraw RAY endpoints from public and paid APIs and purge caches of RAY pages/data; and (v) implement clear, proximate disclosures negating any association between "Raydium/RAY" and Plaintiff's RAYS during a transition period set by the Court.

5. Corrective Measures: An order requiring Defendants to take affirmative steps to dispel any confusion caused by their past use of "RAY." This may include a public notice or disclaimer on their websites (for a reasonable duration) clarifying that the Raydium token is not associated with Utherverse or its RAYS virtual currency, and/or notifying the operators of the Raydium project that a name change is required to be listed.

6. Destruction of Infringing Materials: An order pursuant to 15 U.S.C. § 1118 requiring Defendants to destroy or alter all materials in their possession or control that use the infringing designation (including digital materials such as database entries, webpages, and marketing content) to eliminate the unauthorized "RAY" reference.

7. Monetary Damages: An award of Plaintiff's actual damages and Defendants' profits attributable to the infringement and unfair competition, in an amount to be proven at trial, together with such enhanced damages (up to three times actual damages) as the Court finds just under 15 U.S.C. § 1117(a).

8. Attorneys' Fees and Costs: An award of reasonable attorneys' fees and costs of this action. Pursuant to 15 U.S.C. § 1117(a), this case is "exceptional" due to Defendants' willful and

deliberate infringement, making an award of fees appropriate.

9. Pre- and Post-Judgment Interest: An award of interest on any monetary award from the date of infringement and/or the date of filing this action, through the date of payment, at the highest rate allowed by law.

10. Such other and further relief as the Court deems just and proper in the circumstances.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury on all issues so triable under Fed. R. Civ. P. 38 and the Seventh Amendment.

Dated: September 6, 2025                    UTHERVERSE, INC. LEGAL DEPARTMENT

By:   /s/ Gary Shuster
GARY S. SHUSTER

Attorneys for Plaintiff
UTHERVERSE, INC.

102-80A 6th St.
New Westminster BC V3L 5B3
Canada
litigation@utherverse.legal
Phone: 778-802-5025
Fax: 559-272-2222

# Exhibit 1

01 - Rays Registration USPTO



# United States of America
## United States Patent and Trademark Office

# RAYS

**Reg. No. 4,482,904**

**Registered Feb. 18, 2014**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

UTHERVERSE, INC. (NEVADA CORPORATION)
P.O. BOX 11289
ZEPHR COVE, NV 89448

FOR: FINANCIAL SERVICES, NAMELY, A VIRTUAL CURRENCY FOR USE IN AN ONLINE COMPUTER GAME, IN AN ONLINE SOCIAL NETWORKING SERVICE, OR IN AN ON-LINE SOCIAL NETWORKING GAME; ALL OF THE FOREGOING NOT RELATING TO SPORTS OR A SPORTS TEAM, LEAGUE, MASCOT OR STADIUM, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-24-2007; IN COMMERCE 7-24-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-674,956, FILED 2-20-2009.

MICHELLE DUBOIS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# Exhibit 2

02 - CoinGecko Refuses to Cease Using RAY



# [CoinGecko] Re: Trademark Infringement Notification (Ticket ID: 110534)

**Jesselyn Tham** <jesselyn.tham@coingecko.com>                                        Thu, Sep 4, 2025 at 12:09 AM
To: Legal <legal@utherverse.com>
Cc: "legal@coingecko.com" <legal@coingecko.com>, CoinGecko Support <support@coingecko.com>

Hi Gary,

Thank you for your email regarding Raydium token listing on our platform. We have carefully reviewed your concerns and determined that there are no sufficient grounds under U.S. trademark law to delist the Raydium (RAY) token, for the following reasons:

### 1. Likelihood of Confusion
Under the Lanham Act, the key test is whether an average consumer would reasonably believe the "RAY" token is sponsored by, affiliated with or endorsed by your company. In our view, the answer is no. While the marks are phonetically similar, your client operates under the name "RAYS" whereas the token in question is "Raydium". This distinction is material and sufficient to avoid consumer confusion.

### 2. Different Industries and Audiences
Our research shows that RAYS is registered in the category of online gaming, with Utherverse operating as a 3D social networking company. Raydium (RAY), by contrast, is a decentralized finance protocol built around an on-chain order book Automated Market Maker. The industries, services and target users are fundamentally different, rendering confusion highly improbable.

### 3. Industry Practice for Ticker Symbols
It is also important to note that ticker symbols are commonly reused across industries. In the cryptocurrency sector, symbol overlap is widespread and not unique to this case. Tickers function as shorthand identifiers, are not treated as protectable trademarks on its own.

### 4. Our Aggregator Role and Use of Marks
We are not the issuer of the Raydium token. As a market data aggregator, we merely display factual information that is already widely used within the industry. Our use of "RAY" is nominative and descriptive in nature, strictly for purposes of identifying the token, not for any brand-building or commercial association.

We appreciate you taking the time to bring this matter to our attention.

Best regards,
Jesselyn Tham
Legal Counsel

 **coingecko**

🌐 : www.coingecko.com
📱 : App Store | Play Store
💚 : X | Instagram | LinkedIn

**From:** Lau (CoinGecko Support) <support@coingecko.com>
**Sent:** Wednesday, 3 September, 2025 12:00 PM
**To:** Legal <legal@utherverse.com>
**Cc:** legal@coingecko.com <legal@coingecko.com>
**Subject:** [CoinGecko] Re: Trademark Infringement Notification (Ticket ID: 110534)

[Quoted text hidden]

# Exhibit 3

03 - CoinGecko article indicating California is primary audience location



TABLE OF CONTENTS

California dominates as #1 state in America that is most interested in Bitcoin and Ethereum

Market Coverage

# Top 10 States in America Most Interested in Bitcoin & Ethereum

4.0 ⭐ | by Julia Ng - Updated February 16 2023

## California dominates as #1 state in America that is most interested in Bitcoin and Ethereum

Surpassing all states, California makes up 43% of total Bitcoin and Ethereum web page traffic on **CoinGecko**, in the United States, signalling the highest interest in these cryptocurrencies.

California vs. U.S. States ex. California, by Bitcoin and Ethereum Interest

- California
- U.S. States ex. California

57%

43%

*Figure 1: California vs. U.S. States ex. California, by Bitcoin and Ethereum interest*

Following California, other contenders in the Top 10 are Illinois, New York, Florida, Washington, Pennsylvania, Texas, Virginia, Georgia and Arizona.

Top 10 States in the U.S. Most Interested in Bitcoin and Ethereum

■ Bitcoin  ■ Ethereum

*Figure 2: Top 10 States in the United States most interested in Bitcoin and Ethereum*

## Bitcoin records an average market share of 76%, across the Top 20 states





*Figure 2: Top 10 States in the United States most interested in Bitcoin and Ethereum*

## Bitcoin records an average market share of 76%, across the Top 20 states



*Figure 3: Bitcoin vs. Ethereum's market share, averaged across top 20 states most interested in Bitcoin and Ethereum*

## Ethereum's market share is higher than Bitcoin's for: New Jersey, Wisconsin, Colorado and Florida

While Bitcoin's market share is higher for most of the Top 10 states, Ethereum's market share stands at 65.0% for New Jersey, followed by Wisconsin at 57.1%. Colorado and Florida come close at 51.7% and 51.5% market share respectively, for Ethereum search interest.



*Figure 4: Bitcoin vs. Ethereum market share by state, across top 20 states most interested in Bitcoin and Ethereum*

Bobby Ong, our COO and co-founder commented on the findings: "It is unsurprising that California, as one of the world's major technological hubs, takes the crown in 'blue-chip' cryptocurrency interest. What's especially notable is Colorado, Wisconsin, New Jersey and Florida's interest in Ethereum over Bitcoin. It remains to be seen how these rankings and market shares will play out in the coming months, with Ethereum's Merge around the corner."

## Methodology

This research aims to identify states in the United States of America that are most interested in Bitcoin and Ethereum, and does so by examining Bitcoin and Ethereum web page traffic on CoinGecko within each city in the US, between May 2 to August 21, 2022. The data set is indexed to 100, where 100 is the highest point for web page traffic, given the time and location selected. Subsequent numbers represent web page traffic relative to this highest point.

| | | | |
|---|---|---|---|
| California | 82.3 | 17.7 | 100.0 |
| Illinois | 19.3 | 2.1 | 21.4 |
| New York | 10.4 | 6.8 | 17.2 |
| Florida | 6.9 | 7.4 | 14.3 |
| Washington | 5.2 | 3.5 | 8.6 |
| Pennsylvania | 6.7 | 0.5 | 7.2 |
| Texas | 4.4 | 2.7 | 7.2 |
| Virginia | 5.0 | 1.8 | 6.8 |
| Georgia | 4.1 | 1.0 | 5.1 |
| Arizona | 2.6 | 1.6 | 4.2 |
| Oregon | 3.7 | 0.3 | 4.0 |
| Maine | 1.8 | 1.6 | 3.4 |
| Utah | 2.6 | 0.7 | 3.3 |
| Maryland | 2.7 | 0.1 | 2.8 |
| Massachusetts | 2.2 | 0.3 | 2.5 |
| Colorado | 1.1 | 1.2 | 2.3 |
| North Carolina | 1.5 | 0.7 | 2.3 |
| Wisconsin | 0.9 | 1.2 | 2.1 |
| New Jersey | 0.5 | 1.0 | 1.5 |
| Indiana | 1.0 | 0.5 | 1.5 |

*If you use these insights, we would appreciate a link credit to this article on CoinGecko. A link credit allows us to keep supplying you with future data-led content that you may find useful.*

| | | | |
|---|---|---|---|
| Colorado | 1.1 | 1.2 | 2.3 |
| North Carolina | 1.5 | 0.7 | 2.3 |
| Wisconsin | 0.9 | 1.2 | 2.1 |
| New Jersey | 0.5 | 1.0 | 1.5 |
| Indiana | 1.0 | 0.5 | 1.5 |

*If you use these insights, we would appreciate a link credit to this article on CoinGecko. A link credit allows us to keep supplying you with future data-led content that you may find useful.*

Interested in city-level studies? Check out this one we did that examined the **Top 15 Cities by Cryptocurrency Layoffs**.

**CoinGecko's Content Editorial Guidelines**

CoinGecko's content aims to demystify the crypto industry. While certain posts you see may be sponsored, we strive to uphold the **highest standards of editorial quality and integrity**, and do not publish any content that has not been vetted by our editors.

Learn more

**Want to be the first to know about upcoming airdrops?**
**Subscribe to the CoinGecko Daily Newsletter!**
Join 600,000+ crypto enthusiasts, traders, and degens in getting the latest crypto news, articles, videos, and reports by subscribing to our FREE newsletter.

Enter your email address | Subscribe Now

# Exhibit 4

04 - Google Play CoinGecko



Google Play    Games    Apps    Books    Kids

# CoinGecko: Crypto Tracker

CoinGecko
Contains ads

**4.7★**
199K reviews

**5M+**
Downloads

**E**
Everyone ⓘ

**Install**    ⤳ Share    🔖 Add to wishlist

## About this app  →

CoinGecko's crypto tracker app allows you to seamlessly track crypto prices, NFT floor prices, coin stats, price charts, crypto market cap, and the latest crypto news - all in one place. The app keeps you up to date with live bitcoin prices and provides valuable insights into why a coin is pumping or dumping, helping you stay informed about market trends for your research. Whether you're monitoring the crypto market cap or analyzing specific coin stats, CoinGecko's app offers a comprehensive toolset to keep you ahead in the dynamic world of cryptocurrency.

...

**Updated on**
Aug 24, 2025

Finance

## Data safety  →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.



⤳ No data shared with third parties
Learn more about how developers declare sharing

⚙ This app may collect these data types
Location, Personal info, and App info and performance

🔒 Data is encrypted in transit

🗑 You can request that data be deleted

See details

## Ratings and reviews  →

Ratings and reviews are verified ⓘ

📱 Phone    💻 Chromebook    💻 Tablet



**4.7**

App support  ⌄

Similar apps  →

Ⓜ CoinMarketCap: Crypto Tracker
CoinMarketCap.com
4.8★

👻 Phantom
Phantom Technologies, Inc.
4.7★

Ⓖ CryptoRank: Crypto Tracker App
Cryptorank
4.7★

Ⓢ SafePal: Crypto Wallet BTC NFT
SafePal Wallet
4.6★

DEX Screener
DEX Screener
4.8★

🦊 MetaMask - Crypto Wallet
MetaMask Web3 Wallet
4.5★

★★★★★  |  ●
196K reviews

**Silver Spirit**                                                          ⋮

★★★★★ August 14, 2025

Smooth-running compared to coinmarketcap with all the options. One feature that I'd like to see updated is that when selecting the different time frames 24 hr, 7 day, 1 mo, etc., the different % changes don't show when candlestick charts selected. If coingecko could offer a better price analysis interface similar to tradingview or dexscreener, that would be a game changer and I'd use it a lot more often.

16 people found this review helpful

Did you find this helpful?        Yes          No

> **CoinGecko**                                                  October 23, 2021
>
> Hi, thank you for your 5-star review! We would appreciate any recommendations to your friends - you can also write to us at hello+product@coingecko.com if you have any questions! 😊 Don't forget to collect your candies everyday 🍬🍬🍬

**J**   **James Keillor**                                                 ⋮

★ January 3, 2025

Decent app. I can live with in app advertisements but I do not like the notifications for new coins and networks. I just want a price tracker. Still getting notifications for things I don't want despite turning everything off except big mover notifications. Support confirmed it was a push notification. Still waiting for a fix. I'm out. New update wiped all info relating to my holdings and is now forcing me to create an account. Yet another app that has lost what originally made it great

83 people found this review helpful

Did you find this helpful?        Yes          No

> **CoinGecko**                                                  February 16, 2023
>
> Hi James, sorry for the inconvenience. We don't actually send notifications for new coins and networks. Could you please reach out to us at hello+product@coingecko.com as there might be an issue with the app that we are unaware of. Thank you!

**Jordan Wood**                                                            ⋮

★★★★ August 19, 2025

Great tool for tracking your investments. Would be 5 stars, but there are a few bugs here and there and when prices are volatile it sometimes won't load properly. Otherwise great for just tracking your portfolio and keeping up with your watchlist.

6 people found this review helpful

Did you find this helpful?        Yes          No

> **CoinGecko**                                                  August 19, 2025
>
> Hi, thank you for the feedback! We'll review our app performance and improve on them in our future implementations - we apologize for any inconveniences and we hope our future releases will be more in line with expectations.

See all reviews

## What's new

Bug fixes and minor improvements

Why don't crypto investors ever get cold?
Because they're always HODLing

⚑  Flag as inappropriate

Google Play                          Kids & family

Play Pass                            Parent Guide

Play Points                          Family sharing

# Exhibit 5

05 - Apple App Store - CoinGecko



App Store Preview



## Subscriptions

**CoinGecko Premium: ...**
Ad-free & crypto perks ...
$99.99

**CoinGecko Premium: ...**
Ad-free & crypto perks ...
$9.99

## App Privacy

See Details

The developer, **CoinGecko**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Linked to You**

The following data may be collected and linked to your identity:

- Contact Info

**Data Not Linked to You**

The following data may be collected but it is not linked to your identity:

- Identifiers
- Diagnostics
- Usage Data

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

| | | |
|---|---|---|
| **Seller** Gecko Labs Pte. Ltd. | **Size** 113.9 MB | **Category** Finance |
| **Compatibility** **iPhone** Requires iOS 13.4 or later. | **Languages** English | **Age Rating** 17+ Frequent/Intense Contests |
| **iPad** Requires iPadOS 13.4 or later. | | |
| **iPod touch** Requires iOS 13.4 or later. | | |
| **Mac** Requires macOS 11.0 or later and a Mac with Apple M1 chip or later. | | |
| **Apple Vision** Requires visionOS 1.0 or later. | | |

| **Copyright** © Copyright 2025 Gecko Labs Pte. Ltd. | **Price** Free | **In-App Purchases** | |
|---|---|---|---|
| | | 1. CoinGecko Premium: Monthly | $9.99 |
| | | 2. CoinGecko Premium: Annual | $99.99 |

Developer Website ↗    App Support ↗    Privacy Policy ↗

## More By This Developer

GeckoTerminal: DEX Tracker
Finance

## You Might Also Like

See All

# Exhibit 6

06 - CoinGecko Google Docs Survey

# CoinGecko Bitcoin Survey 2025

This is a **short 5-10 min** survey that aims to understand the crypto community's sentiments and opinions on Bitcoin.

Your responses are completely anonymous, so feel free to give your most honest opinions!

Sign in to Google to save your progress. Learn more

\* Indicates required question

**How long have you been in crypto?** \*
*Nearest estimate.*

Choose ▼

**Which region are you mainly based in?** \*
○ Asia
○ Europe
○ North America
○ South America
○ Oceania
○ Africa

**What best describes your participation in the crypto market/industry?** \*
○ Investor (mainly long-term crypto holdings, personally and/or professionally)
○ Trader (mainly short-term crypto holdings, personally and/or professionally)
○ Builder (active participation in crypto project e.g. founder, team member)
○ Spectator (currently no direct involvement in crypto, just watching)

**Was Bitcoin your first crypto purchase?** \*
○ Yes
○ No

**Do you currently hold Bitcoin?** \*
○ Yes, I currently hold Bitcoin.
○ No, but I have held Bitcoin in the past.
○ No, I have never held Bitcoin.

**If you currently hold Bitcoin, which methods are you using?** \*
*Please select all that apply.*
☐ Spot: I directly own Bitcoin in a wallet or on an exchange.
☐ ETF: I own shares in a Bitcoin ETF.
☐ Treasury Company: I own shares in a publicly-traded Bitcoin treasury company (e.g. MSTR, MARA).
☐ Derivatives: I have exposure through Bitcoin derivatives like perps or options.
☐ Not Applicable: I currently don't hold Bitcoin.

**Which statement best describes the importance of Bitcoin in your approach to crypto investing and/or trading?** *

○ My crypto portfolio is built almost entirely around Bitcoin.

○ Bitcoin is the main crypto in my portfolio, but I also have a smaller selection of other crypto.

○ Bitcoin is one part of my diversified crypto portfolio, with a similar allocation to other crypto.

○ Bitcoin is just a small part of my crypto portfolio, as I focus mostly on other crypto.

○ My crypto portfolio does not contain any Bitcoin, as I only focus on other crypto.

○ I don't have a crypto portfolio.

**Which statement best reflects your belief about Bitcoin?** *

○ Bitcoin is a type of digital gold, or store of value asset.

○ Bitcoin will replace fiat as a type of money, or medium of exchange.

○ Bitcoin is a speculative high risk, high reward asset.

○ Bitcoin is a bet on the growth of the crypto industry and blockchain technology as a whole.

**Where do you store most of your Bitcoin?** *

○ On a centralized exchange (e.g. Coinbase, Binance etc).

○ I self-custody using a hot wallet (e.g. Electrum, Exodus etc).

○ I self-custody using a cold wallet (e.g. Ledger, Trezor).

○ Most of my Bitcoin holdings are indirect.

○ I don't own Bitcoin.

**What has been your main financial activity with Bitcoin since the April 2024 Halving?** *

○ Holding: No major buys or sells.

○ Accumulating: Dollar-Cost Averaging (DCA'ing) or buying regularly to increase my position.

○ Selling: Taking profits, or reducing your Bitcoin holdings.

○ Trading: Actively buying and selling in the short-term for profits.

○ Sidelined: None of the above.

**Have you ever sent or received Bitcoin using a personal, self-custody wallet?** *

*This can be using either a hot or cold wallet e.g. Electrum, Exodus, Phantom, Ledger, Trezor etc.*

○ Yes

○ No

**How often do you interact with Bitcoin onchain?** *

*Onchain Bitcoin activities include basic transfers, using payment protocols like Lightning, interacting with dapps etc.*

○ At least once a week.

○ At least once a month.

○ A few times a year.

○ Once a year or less.

○ Never.

**Which Bitcoin onchain activities have you done before?** *
*Beyond basic transfers.*

☐ Payments: Used the Lightning Network or similar.

☐ Collectibles/Tokens: Minted, inscribed, bought or sold Ordinals, BRC-20 or Runes.

☐ BTCFi/DeFi: Used your BTC to stake, lend/borrow, farm yield etc.

☐ Enhanced Privacy: Used a tool like CoinJoin to improve your transaction privacy.

☐ Not Applicable: I have never interacted with Bitcoin onchain.

**How do you feel about increasing mainstream adoption of Bitcoin (e.g. ETFs, treasury companies, government holdings etc.)?** *

|  | 1 | 2 | 3 | 4 | 5 |  |
|---|---|---|---|---|---|---|
| Very negative: This is a major step backwards for Bitcoin's core principles (like decentralization). | ○ | ○ | ○ | ○ | ○ | Very positive: This is a major step forward for Bitcoin's legitimacy and long-term price potential. |

**What do you think Bitcoin's highest price will be by the end of 2025?** *

○ I don't think Bitcoin's price will go any higher than the latest ATH (which is $124,128 as of 22 Aug).

○ $125K - $150K

○ $151K - $175K

○ $176K - $200K

○ $201K - $225K

○ $226K - $250K

○ $251K and above

[ Submit ]                                    Clear form

This form was created inside of CoinGecko.
Does this form look suspicious? Report

Google Forms

# Exhibit 7

07 - Google Play CoinMarketCap



Google Play    Games    Apps    Books    Kids



CoinMarketCap:
Crypto Tracker

CoinMarketCap.com
Contains ads

4.8★          10M+          E
477K reviews   Downloads    Everyone ⓘ

[Install]    ⤴ Share    ⊞ Add to wishlist    ▷ Trailer






App support  ⌄

Similar apps  →


CoinGecko: Crypto Tracker
CoinGecko
4.7★


Phantom
Phantom Technologies, Inc.
4.7★


MetaMask - Crypto Wallet
MetaMask Web3 Wallet
4.5★


KuCoin: Buy Bitcoin & Crypto
KuCoin
4.5★


SafePal: Crypto Wallet BTC NFT
SafePal Wallet
4.6★


Trust: Crypto & Bitcoin Wallet
DApps Platform, Inc.
4.5★

## About this app  →

CMC is the Cryptocurrency N°1 source for Bitcoin BTC & Crypto news, coin stats and crypto charts. Stay up-to-date with daily live Bitcoin & crypto prices, coin stats and crypto market trends with our crypto tracker app. Choose your favorite cryptocurrencies or blockchain projects for your crypto portfolio tracker and get all the crypto data updated in real time. It has never been easier to have your crypto portfolio, coin stats and latest Bitcoin, Ethereum, Dogecoin, Binance BNB and crypto news together in the same crypto tracker app.

...

Updated on
Sep 4, 2025

Finance

## Data safety  →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⤴  No data shared with third parties
   Learn more about how developers declare sharing

⊕  This app may collect these data types
   App activity

🔒  Data is encrypted in transit

🗑  You can request that data be deleted

See details

https://play.google.com/store/apps/details?id=com.coinmarketcap.android&hl=en_US — captured 2025-09-05 13:49:03 PDT

## Ratings and reviews →

Ratings and reviews are verified ⓘ

Phone    Chromebook    Tablet

**4.8**
★★★★★
466K reviews

5
4
3
2
1

**Devin Watson**                                                                 ⋮

★★★★  May 20, 2024

Good app for tracking prices and your portfolio. I just wish the widgets would work properly. I have three different widgets in use, and none of them update on their own. I have to manually refresh each of them, and the button is very small so half the time I end up just opening the app anyway by trying to click refresh. Sort of defeats the purpose of the widgets.

299 people found this review helpful

Did you find this helpful?    Yes    No

**NoxKnight**                                                                   ⋮

★  April 22, 2023

The rewards system is terrible!!! You spend literally weeks and months collecting diamonds to redeem and there is nothing to redeem or the amount to redeem are so large most people are not even eligible. I finally saved up 1k diamonds and there was an NFT but only 100 so they are sold out in an instant. So basically you can rarely get any rewards. Update: over 6k diamond rewards and still absolutely nothing to trade them in for so it might be time to call it a total loss and quite the app.

10 people found this review helpful

Did you find this helpful?    Yes    No

> **CoinMarketCap.com**                                              August 25, 2022
>
> Hi there, sorry to hear our app or services weren't as great as you had hoped. Please contact us in the Help Center of the mobile app and select "Contact Us" so we can better understand how to improve our app? Thank you.

**theAbeElement**                                                               ⋮

★★  August 14, 2020

Good grief... price alerts were great for one day but stopped working. So I un and re-installed. Now I can't login each time it sends me a 30 letter code to type into my phone. Which still doesn't let me in. what??? smh. Now on the desktop I can't login, says not verified but gives no option. This site is great for info but has login problems.

6 people found this review helpful

Did you find this helpful?    Yes    No

> **CoinMarketCap.com**                                          September 30, 2020
>
> Hi there, can you reach out to us via the Report a Bug form in the settings of the app? We'd love to know more info. Thanks!

See all reviews

## What's new

Bug fixes and user experience improvements..

⚐  Flag as inappropriate

Google Play            Kids & family

Play Pass              Parent Guide

Play Points            Family sharing

Gift cards

Redeem

Refund policy

Terms of Service     Privacy     About Google Play     Developers     Google Store          Canada (English)

# Exhibit 8

08 - Apple App Store - CoinMarketCap



**App Store** Preview



| | | |
|---|---|---|
| 📊 Usage Data | 🪪 Identifiers | 🪪 Identifiers   📊 Usage Data |
| | | ⚙️ Diagnostics |

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

| | | |
|---|---|---|
| **Seller** | **Size** | **Category** |
| CoinMarketCap, LLC | 199.4 MB | Finance |
| **Compatibility** | **Languages** | **Age Rating** |
| **iPhone** | English, Arabic, Dutch, French, German, Hindi, | 12+ |
| Requires iOS 14.0 or later. | Indonesian, Italian, Japanese, Korean, Polish, more | Infrequent/Mild Alcohol, Tobacco, or Drug Use or References |
| **iPad** | | Infrequent/Mild Mature/Suggestive Themes |
| Requires iPadOS 14.0 or later. | | |
| **iPod touch** | | |
| Requires iOS 14.0 or later. | | |
| **Copyright** | **Price** | |
| © 2024 CoinMarketCap | Free | |

Developer Website ↗    App Support ↗    Privacy Policy ↗

## You Might Also Like

See All

| CoinGecko: Crypto Tracker | Uniswap: Crypto & NFT Wallet | Crypto Bubbles | DEXTools | DEX Screener | MEXC: Buy Bitcoin BTC & Crypto |
|---|---|---|---|---|---|
| Finance | Finance | Finance | Finance | Finance | Finance |

Copyright © 2025 Apple Inc. All rights reserved.
Internet Service Terms   |   App Store & Privacy
Cookie Warning   |   Support

United States   Español (México)   العربية   Русский   简体中文   Français (France)   한국어
Português (Brasil)   Tiếng Việt   繁體中文 (台灣)

# Exhibit 9

09 - CoinMarketCap advertising







# Advertisement Offerings

**Budget > $20k?**

Contact our sales team to discuss how you can achieve your marketing goals through advertising on CMC

Contact sales

**Budget < $20k?**

Our advertiser-friendly platform allows you to start advertising as fast as 24h

Advertise now

**Maximize your reach**

Geo-targeted ad spots available on web and app

Contact sales

A fast-growing & highly engaged global community

6.6M X (Twitter)     410K YouTube

**General partnerships**

https://coinmarketcap.com/events/advertise — captured 2025-09-05 13:49:08 PDT



# FAQ

What are the supported payment options?    ›

Can non-crypto companies advertise on CoinMarketCap?    ›

## CoinMarketCap

English    USD

**Products**

Academy
Advertise
CMC Labs
CMC Updates
Bitcoin ETFs
Crypto API
DexScan
Real-World Assets
Global Charts
NFT
Portfolio
Watchlist
Doodles
Sitemap

**Company**

About us
Terms of use
Privacy Policy
Cookie preferences
Cookie policy
Community Rules
Disclaimer
Methodology
Careers  We're hiring!

**Support**

Get Listed
Request Form
Contact Support
FAQ
Glossary

**Socials**

X (Twitter)
Community
Telegram
Instagram
Facebook
Reddit
LinkedIn

© 2025 CoinMarketCap. All rights reserved

# Exhibit 10

10 - California token



# Exhibit 11

11 - CoinMarketCap Partners





- 50+ active and high-value partners for Labs + 100s more connections
- A highly selective program

## HOW IT WORKS

1. Application submission: Submit your application online.
2. Initial evaluation: Our team reviews your application.
3. Meet the CMC Labs team: Selected startups have an initial conversation with our team.
4. Committee voting: If there is mutual interest, an internal committee votes on your application.
5. Acceptance and onboarding: Successful startups are onboarded into the program.
6. Acceleration program: Use our extensive acceleration package and features.
7. Post-acceleration support: Receive ongoing support even after the program ends.

# CMC LAB FEATURES

## Kickstart your project with CoinMarketCap's Accelerator Program, with features including

### Learn & Earn

Educate & reward the crypto community with evergreen content hosted on our website

With a constant tidal wave of new market entrants, helping crypto enthusiasts understand your project is a powerful way to stand-out. A CMC "Learn & Earn" campaign is a proven way to get users invested in your startup, where users earn token rewards for watching educational videos and successfully answering fun quiz questions.

[Learn More]



### Airdrop

Increased awareness through growing Watchlist & CMC-Community profile followers

A CMC Airdrop Campaign will ensure your growing community won't miss a thing. Airdrop campaigns require participants to (i) Add your project to their CMC Watchlist (ii) Follow your project's Community profile so that updates and announcements are shared with them directly (iii) Download the CMC App and turn on your project-specific notifications, allowing CMC to send app push notifications about significant price movements.

[Learn More]



### Deep Dive (Video/Article)

In-depth research articles and videos written to raise project awareness

A CMC Deep Dive offers an in-depth article written by our expert content team to enhance SEO and improve discoverability. Additionally, the article can be made into a video for our YouTube channel. YouTube is a critically important venue for crypto enthusiasts, used by +2.6 billion people at least once a month.







## Infographics

Reach wider audiences with shareable social graphics

CMC will create an infographic about your project with eye-catching design and accurate data, which will then be shared on CMC social media channels. You will receive amplification on CMC across social media. The infographic will also serve as an attention-grabbing asset to pitch your project to new users.

Learn More



### CMC Live

Exclusive crypto focused Twitter-Spaces on CoinMarketCap

Introducing CMC Community-Live! A CMC Community-Live event is a fantastic way to engage with an established follower base on CMC Community. Get questions and feedback from users in real-time with these highly interactive audio events.

Learn More



# WHY CHOOSE US

CoinMarketCap is the 'Home Of Crypto' and an established power-house in the crypto industry. It is the world's #1 trusted source of crypto data, insights & community and has one of the largest, globally distributed user bases, plus a unique network of industry stakeholders. Through the Labs accelerator program, you receive unparalleled access to resources, networks, and expertise that are tailored to the unique needs of your company. This way, we help you make the next steps to success.

Apply Now

# A SELECTION OF OUR PARTNERS



**Wintermute**
#1

**NGC Ventures**
#2

**Artichoke Capital**
#3

**Comma3 Ventures**
#4

**Hacken**
#5

**TON Foundation**
#6

**SEI**
#7

**DWF Ventures**
#8

**zkSync**
#9

**Linea**
#10

**Polygon**
#11

**Mantle**
#12

**Sui**
#13

**VeChain**
#14

**Injective**
#15

**Avalanche**
#16

https://coinmarketcap.com/events/cmc-labs — captured 2025-09-05 13:49:25 PDT



Conflux
#17

Icetea Labs
#18

Klaytn
#19

Galxe
#20

GSR
#21

BNB Chain
#22

HashKey Capital
#23

Layer Zero
#24

Dext Force Ventures
#25

Hodl Ventures
#26

Metis
#27

HELLO Labs
#28

Nomad Capital
#29

Chromia
#30

Flowdesk
#31

Salus
#32

Morningstar Ventures
#33

Manta Network
#34

Iotex
#35

Buidl.so
#36



**Wormhole**
#37



**Decubate**
#38



**Orus**
#39



**Economics Design**
#40



**Internet Computer**
#41



**Enflux**
#42

# ADVISORS



**Rush**
CEO of CoinMarketCap



**Sanket**
Head of Growth, Polygon



**Nenter**
Partner, Animoca & Global CEO, Bitmart



**Wilson Wei**
Co-founder, Cyberconnect



**Omar Yehia**
Head of Investments, Matter Lab



**Alex Svanevik**
CEO, Nansen



**Dyma Budorin**
CEO, Hacken



**João Leite**
Head of Biz Dev, Polkastarter



**Shawn**
COO of Salus



**Joanna Liang**
Founding Partner, Jsquare



**James Wo**
Founder & CEO, DFG (Digital Finance Group)



**Juliet Su**
Partner, NewTribe Capital



**Jelle Buth**
Co-Founder/Co-CEO, Enflux

# INCUBATEES



**Gaimin**
#1



**Galaxis**
#2



**Aperture Finance**
#3



**Canza Finance**
#4



**Vultisig**
#5



**XYRO**
#6



**Seraph**
#7



**Everreach Labs**
#8



**Sogni**
#9



**Ambios Network**
#10



**THORWallet**
#11



**Vanilla Finance**
#12



**Byte Nova**
#13



**Kindred Labs**
#14



**Rhuna**
#15

# NEWS & UPDATES




**Canza Finance Selected as Incubatee of CMC Labs, CoinMarketCap's Web3 Accelerator Program**

CoinMarketCap has announced the selection of Canza Finance as an incubatee of its new CMC Labs accelerator program.



**Aperture Finance Selected for CoinMarketCap's CMC Labs Accelerator Program**

CoinMarketCap has announced the selection of Aperture Finance as an incubatee of its CMC Labs accelerator program.



**CMC's Strategic Incubation of Galaxis Unveiled: A New Era for Blockchain-Powered Communities**

CoinMarketCap has announced the selection of Galaxis as an incubatee of its new CMC Labs accelerator program.

**GAIMIN Selected as Incubatee of CMC Labs, CoinMarketCap's Web3 Accelerator Program**

CoinMarketCap has announced the selection of GAIMIN as an incubatee of its new CMC Labs accelerator program.

**CMC Labs: Accelerating the Future of Web3**

CoinMarketCap launches CMC Labs, an accelerator providing guidance and resources to empower the next generation of Web3 founders.

# FAQ (FREQUENTLY ASKED QUESTIONS)

What kind of startups do you accept?     ›

What do you expect in return for your services?     ›

## CONTACT US

**Contact Form:** Submit Application

**Email Address:** jin.choo@coinmarketcap.com and leonarda.r@coinmarketcap.com

**Telegram:** @asiancryptoboy and @Leonarda_VentureCapital

## Stay on top of crypto. All the time, any time.

Please keep me updated by email with the latest crypto news, research findings, reward programs, event updates, coin listings and more information from CoinMarketCap.

Enter your e-mail address          Subscribe



### CoinMarketCap

English     USD

| Products | Company | Support | Socials |
|---|---|---|---|
| Academy | About us | Get Listed | X (Twitter) |
| Advertise | Terms of use | Request Form | Community |
| CMC Labs | Privacy Policy | Contact Support | Telegram |
| CMC Updates | Cookie preferences | FAQ | Instagram |
| Bitcoin ETFs | Cookie policy | Glossary | Facebook |
| Crypto API | Community Rules | | Reddit |
| DexScan | Disclaimer | | LinkedIn |
| Real-World Assets | Methodology | | |

# Exhibit 12

12 - CoinGecko pairs RAY and UTHR



Etherlink
Scroll
XRPL
Story
Flare
World Chain
TON
Soneium
Blast
Starknet
Ink
XDC
ZkSync
Eclipse
Kaia
Fraxtal
IOTA EVM
Rootstock
Lisk
Plume Network
Zedxion Smart Chain
Moonbeam
Metis
Flow EVM
Chiliz Chain
Hemi
Manta Pacific
Internet Computer
Swellchain
Initia
BOB Network
BounceBit
Corn
Hashkey
Filecoin
Mode
Conflux
Zircuit
ZetaChain
Haven1
Units Network
Immutable zkEVM
iOTEX
opBNB
Superseed
Parex
Cronos zkEVM
Merlin Chain
Beam
Vana

Taiko
Astar
Harmony
WEMIX
Bitlayer
Botanix
Oasys
TAC
Wanchain
Zero Network
Mezo
Kava
SmartBCH
Songbird
Superposition
MemeCore
ONUS
Polygon zkEVM
Viction
Fuse
Aurora
Redbelly Network
Sophon
Gravity
SKALE Europa
Ultron
DFK Chain
DuckChain
Mantra
Sonic SVM
Pepe Unchained
Lens
DefiVerse
Arbitrum Nova
Goat
ThunderCore
WAX
Telos
Endurance
Humanode
Fantom
Zilliqa EVM
KUB
Energi
Zora
Moonriver
Neon EVM
Elastos
Dogechain
Mint
Shibarium







required from the Monetary Authority of Singapore. Any use or reliance on our content and services is solely at your own risk and discretion. You should conduct your own research, review, analyze and verify our content and services before relying on or using them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

# Exhibit 13

13 - CoinGecko listing of RAY

Share your takes on Bitcoin in our 5-min survey! ✕



coingecko

🔍 Search

Use App

Market Cap: **$3.902T** ▲ 0.3%    24h Vol: **$163.351B**    Dominance: **BTC 56.5%  ETH 13.3%**    ⛽ Gas: **0.187 GWEI**



**Overview**   Info   Markets   News   Similar Coins   Historical Data ↗

**Raydium** RAY Price   #128

# $3.27 ▼ 0.1% (24h) ⓘ

0.00002955 BTC ▲ 0.2%

$3.25          24h Range          $3.41

⭐ Add to Portfolio • 98,546 added     🔔



| Price | Market Cap | Live Chart ⧉ | | 24H | 7D | 1M | 3M | Max | LOG | 📅 |

| | 1h | 24h | 7d | 14d | 30d | 1y |
|---|---|---|---|---|---|---|
| | ▼ 0.2% | ▲ 0.1% | ▼ 6.6% | ▼ 8.4% | ▲ 22.6% | ▲ 123.6% |

> ⓑ **BC.GAME** – The Best Crypto Casino. 5000 Slots and Live Casino Games, Support 100+ token and NFT, Dail ▷ ⠇
> Spin Up To 5 BTC + 760% Deposit bonus! WIN BIG with Bc.Game!

## RAY Converter

| 1 | RAY |
|---|---|
| 3.27 | USD ⌄ |

## Raydium Statistics

| Market Cap ⓘ | $876,078,356 ⌄ |
|---|---|
| Fully Diluted Valuation ⓘ | $1,813,406,798 ⌄ |
| 24 Hour Trading Vol ⓘ | $61,058,907 |
| Total Value Locked (TVL) ⓘ | $2,310,746,443 |
| Circulating Supply ⓘ | 268,127,089 ⓘ |
| Total Supply ⓘ | 555,000,000 |
| Max Supply ⓘ | 555,000,000 |

## Info

| | |
|---|---|
| Contract | 4k3Dy...QrkX6R |
| Website | raydium.io  raydium.medium.com |
| Explorers | Solscan ⌄ |
| Wallets | Phantom |
| Community | ✕ Twitter  ✈ Telegram  Discord |
| Search on | 🔍 Twitter |
| API ID | raydium |
| Chains | Solana Ecosystem |
| Categories | Decentralized Exchange (DEX)  6 more ⌄ |

**Show Historical Price**



BC.GAME - The Best Crypto Casino

**Earn While Playing**

BC.GAME - The Best Crypto Casino

5000 Slots and Live Casino Games, Support 100+ token and NFT, Daily Spin Up To 5 BTC + 760% Deposit bonus! WIN BIG with Bc.Game!

**Promote token here** ↗    🐸 Sponsored

## How do you feel about RAY today?

The community is bearish about Raydium (RAY) today.

🚀 40%    👎 60%

## Recently Happened to Raydium ⓘ  Alpha

Yesterday

- **World Mobile Chain Integrates Raydium for DePIN:** World Mobile Chain integrated Raydium to expand decentralized mobile networks. This integration aims for seamless scalability within Solana's growing DePIN ecosystem.

 1 source

**Read more**

| About | Tokenomics | Security | Holders | Financials |
|---|---|---|---|---|

Raydium is an automated market maker (AMM) and liquidity provider built on the Solana blockchain for the Serum decentralized exchange (DEX). Raydium has a first-mover advantage as an AMM within Serum and will be an integral part of bringing new and existing projects and protocols into the ecosystem. The protocol will act as a bridge for projects looking to expand to Solana and Serum, and in the process Raydium and the RAY token will become a foundation for enabling further development with partners, its own platform, and the ecosystem as a whole.

Unlike any other AMMs, Raydium provides on-chain liquidity to a central limit orderbook, meaning that Raydium LPs get access to the entire orderflow and liquidity of Serum.

Long term, Raydium aims to capture and maintain a leadership position among AMMs and liquidity providers on Serum, while leveraging the power of Solana to drive the evolution of decentralized finance (DeFi) and emerge as a leading protocol in the space alongside our partners and the community."

## Token Economics

minted. The remaining RAY will be minted based on the company's needs. The initial 3-year allocation is as follows:

- 34% airdropped to liquidity providers over the course of 3 years

- 30% for partnerships and expanding the Raydium ecosystem with up to 3-year lockups

- 20% for team members and future employees with a 1-year lockup and 2-year unlock afterward

- 8% for liquidity provisioning (initial pools liquidity bootstrapping and providing liquidity on other DEX and CEXs)

- 6% for seed funding and community pool with 1-3 year lockups



Read more

Do you find the content above helpful? 👍 👎

## Raydium Markets

Affiliate disclosures

All | CEX | DEX | Spot ⌄

| # ▲ | Exchange | | Pair | Price | Spread | +2% Depth | -2% De |
|---|---|---|---|---|---|---|---|
| | 1inch - Swap Solana tokens on & off EVM chains 🦊 Sponsored | | | | | | |
| | Kraken | CEX | RAY/USD ↗ | $3.27 | 0.06% | $53,158 | $62 |
| 1 | Binance | CEX | RAY/USDT ↗ | $3.27 | 0.03% | $272,201 | $295, |
| 2 | Binance | CEX | RAY/USDC ↗ | $3.27 | 0.03% | $54,806 | $101, |
| 3 | MEXC | CEX | RAY/USDT ↗ | $3.27 | 0.03% | $85,524 | $102, |

| # ▲ Exchange | | Pair | | Price | Spread | +2% Depth | -2% D( |
|---|---|---|---|---|---|---|---|
| 4 | Hibt | CEX | RAY/USDT ↗ | $3.27 | 0.06% | $201,788 | $202, |
| 5 | Gate | CEX | RAY/USDT ↗ | $3.27 | 0.03% | $164,650 | $228, |
| 6 | Toobit | CEX | RAY/USDT ↗ | $3.27 | 0.03% | $324,889 | $386, |
| 7 | Bitget | CEX | RAY/USDT ↗ | $3.27 | 0.03% | $149,257 | $231, |
| 8 | CoinW | CEX | RAY/USDT ↗ | $3.27 | 0.04% | $18,405 | $20 |
| 9 | KuCoin | CEX | RAY/USDT ↗ | $3.27 | 0.02% | $51,398 | $72, |
| 10 | OKX | CEX | RAY/USDT ↗ | $3.27 | 0.05% | $64,815 | $109, |

Showing 1 to 10 of 149 results    ‹ **1** 2 3 4 5 ... 15 ›    Rows  10 ⌄

## Raydium Latest News



**World Mobile Chain Taps Raydium to Thrive in Solana's DePIN Ecosystem**

Blockchain Reporter
about 15 hours ago

**Tokenized Pokémon Cards Spark Collector Crypt Boom as Trading Card RWAs Surge**

BeInCrypto
1 day ago

**Crypto Gainers: Cronos, Kaia and Raydium extend gains as bullish momentum holds**

FXStreet
9 days ago

**How Humidifi Became a Top Solana DEX by Volume in Under Three Months**

SolanaFloor
9 days ago

Read more

## Raydium Guides



Market Coverage

**Market Share of Decentralized Crypto Exchanges, by Trading Volume**

Shaun Paul Lee
⭐ 4.61 (36 votes)

API Case Studies

**How Awaken Helps 25K Users Manage $3B+ in On-chain Assets**

CoinGecko
⭐ 3.67 (6 votes)

Guides

**Pump.fun Guide: How to Create Your Own Memecoins and Buy the PUMP Token**

Loke Choon Khei
⭐ 4.21 (66 votes)

Coverage

**Top Solana Projects to Watch in 2025**

Joel Agbo
⭐ 4.47 (86 votes)

Read more

## Global Raydium Prices

| | | |
|---|---|---|
| **RAY / USD** | US Dollar | $3.27 |
| **RAY / CAD** | Canadian Dollar | CA$4.52 |
| **RAY / AUD** | Australian Dollar | A$4.98 |
| **RAY / GBP** | British Pound Sterling | £2.42 |
| **RAY / INR** | Indian Rupee | ₹288.15 |
| **RAY / PHP** | Philippine Peso | ₱185.26 |

Show More

## Related Coins You May Like



Pump.fun
$0.004641  ▲ 8.5%

Toshi
$0.0005639  ▲ 0.7%

Metaplex
$0.2504  ▼ 9.0%

Gems VIP
$0.2405  ▲ 5.6%

Launch Coin on Believe
$0.07394  ▲ 3.6%

Want your token featured here? **Promote it now** ↗

## Trending Coins



OpenVPP
$0.0737  ▲ 20.1%

World Liberty Financial
$0.181  ▼ 2.6%



**Ethena**
$0.7334  ▲ 13.1%

**Pump.fun**
$0.004641  ▲ 8.5%

**PinLink**
$0.6036  ▲ 4.4%

**Pudgy Penguins**
$0.02917  ▲ 2.0%

**Aerodrome Finance**
$1.19  ▲ 5.3%

**Bitcoin**
$110,619  ▼ 0.1%

**Bio Protocol**
$0.1716  ▲ 21.3%

**Ethereum**
$4,304.96  ▲ 0.1%

**Raydium (RAY) price has increased today.**

The price of Raydium (RAY) is $3.27 today with a 24-hour trading volume of $61,058,907. This represents a 0.07% price increase in the last 24 hours and a -6.61% price decline in the past 7 days. With a circulating supply of 270 Million RAY, Raydium is valued at a market cap of $875,897,234.

 **coingecko**

CoinGecko provides a fundamental analysis of the crypto market. In addition to tracking price, volume and market capitalisation, CoinGecko tracks community growth, open-source code development, major events and on-chain metrics.

Resources                                                                    +

Support                                                                      +

About CoinGecko                                                             +

Community

**Interested to stay up-to-date with cryptocurrencies?**

Get the latest crypto news, updates, and reports by subscribing to our free newsletter.

Enter your email address

Subscribe

© 2025 CoinGecko. All Rights Reserved.

 

**IMPORTANT DISCLAIMER:** All content provided herein our website, hyperlinked sites, associated applications, forums, blogs, social media accounts and other platforms ("Site") is for your general information only, procured from third party sources. We make no warranties of any kind in relation to our content, including but not limited to accuracy and updatedness. No part of the content that we provide constitutes financial advice, legal advice or any other form of advice meant for your specific reliance for any purpose. Any use or reliance on our content is solely at your own risk and discretion. You should conduct your own research, review, analyse and verify our content before relying on them. Trading is a highly risky activity that can lead to major losses, please therefore consult your financial advisor before making any decision. No content on our Site is meant to be a solicitation or offer.

# Exhibit 14

14 - CoinGecko Trademark Infringement Policy



coingecko

Submit a request

CoinGecko > General > Token/Coin Listing

**Articles in this section**

How to list new cryptocurrencies on CoinGecko?

How to Preview List tokens on CoinGecko?

What should I do if my request is marked as 'Action Needed'?

Verification Guide for Listing/Update Requests on CoinGecko

CoinGecko Asset Naming Methodology

Trademark Infringement Policy

Why Do We Separate Natively Issued vs. Bridged Stablecoins on CoinGecko?

How to Update Stablecoin Contract Address on CoinGecko?

Why is my token not listed on CoinGecko?

I can see my token price on CoinGecko's website, but not on the mobile app or CoinGecko's API

See more

# Trademark Infringement Policy

11 months ago · Updated          Follow

## Overview

To maintain legal compliance, we cannot list projects with names or symbols that infringe on existing trademarks.

## Conditions

### 1. Similarity to Existing Trademarks

- The name of the project must not be similar to the referenced trademark of the company, brand, event, or figure.
- The logo, symbol, or design of the token must not resemble the original referenced trademark.

### 2. Actions for Infringing Trademarks

- **Project Name / Symbol Infringements / Ticker Conflict:** CoinGecko reserves the right to not list, delist, or rename project names or symbols that infringe on trademarks.
- **Logo Infringements:** The project logo will be removed to avoid trademark issues.
- **Impersonations:** The unauthorized use of an individual's name in project names or ticker symbols is strictly forbidden and will result in either delisting or renaming of the project.

### 3. Event of Non-Compliance

- In the event of non-compliance/non-agreement to the conditions above, CoinGecko reserves the right to not list, delist, or rename the project names or symbols to comply with trademark laws.
- Appeals for tokens to be re-listed will not be tolerated in any events.

## Rights to use Trademark

If you have valid reasons and rights to use the registered trademark, kindly provide us with the following official verified documentations:

- Licensing agreements.
- Letter(s) of authorization from the trademark holder.
- Proof of trademark ownership if you claim to own it.

Adhering to these guidelines ensures that projects listed on our platform are compliant with trademark laws and maintain a professional standard. If your project name or symbol is found to be infringing, it will be altered accordingly.

For further assistance or questions regarding this policy, please submit a ticket to our support team.

Was this article helpful?

| Yes | No |

11 out of 16 found this helpful

Have more questions? Submit a request

---

**Related articles**

Why is my token not listed on CoinGecko?

How to list new cryptocurrencies on CoinGecko?

CoinGecko Asset Naming Methodology

How to Update Stablecoin Contract Address on CoinGecko?


AI Support

How do I update token info on CoinGecko token page?

## Comments

0 comments

Article is closed for comments.

CoinGecko    Cookies Settings

AI Support

# Exhibit 15

15 - CoinMarketCap California coin coverage



# Exhibit 16

16 - CoinMarketCap Raydium Utherverse pair





| Website | ⊕ Website | 🗒 Whitepaper ▾ |
| --- | --- | --- |
| Socials | ✕  ◯  💬 ▾ | |
| Contracts | ⬤ 8sdE4z...xMpXKt 📋 | |
| Explorers | solscan.io ▾ | |
| Wallets | ⬤  🟡  🔴  ◯ ▾ | |
| UCID ⓘ | 35348 📋 | |

**UTHR to USD converter**

| UTHR | 1 |
| --- | --- |
| USD | 0.033 |

**Price performance**      24h ▾

| Low | High |
| --- | --- |
| $0.03248 | $0.03548 |

| All-time high | $0.174 |
| --- | --- |
| Feb 02, 2025 (7 months ago) | -81.23% |

| All-time low | $0.02253 |
| --- | --- |
| Jun 28, 2025 (2 months ago) | +44.97% |

See historical data

**Tags**

Solana Ecosystem

**Do you own this project?**

✎ Update Token Info

🔓 Submit Token Unlocks

## Utherverse Xaeon Markets

ALL   CEX   DEX   |   Spot   Perpetual   Futures   |   ⚙ Filters

| # | Exchange | Pair | Price | +2% Depth ⓘ | -2% Depth ⓘ | Volume (24h) | Vo |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | ⬤ Raydium (CPMM) | UTHR/USDC | $0.03263 | -- | -- | $3,265 | 6 |
| 2 | ⬤ Raydium (CPMM) | UTHR/SOL | $0.03268 | -- | -- | $1,533 | 3 |

Showing 1 - 2 out of 2      Show full width

Disclaimer: This page may contain affiliate links. CoinMarketCap may be compensated if you visit any affiliate links and you carry out certain actions such as signing up and transacting with these affiliate platforms. Please refer to Affiliate Disclosure

## Utherverse Xaeon News

Top   Latest      CMC Daily Analysis

📄

More news updates are on the way... Stay tuned!

## About Utherverse Xaeon ⓘ

The Utherverse Xaeon is not just "a" metaverse. It is the next generation of the Internet: a decentralized multiverse, led by a new and abundant generation of creators, that is set to deliver interconnected, immersive experiences.

The foresight and vision of our founder Brian Shuster has put the Utherverse in a key position as a hub around which other visions of the metaverse will eventually coalesce, interoperate, and cross pollinate.

Utherverse operates the most popular and the most advanced Metaverse Platform in history. Utherverse XAEON runs on Solana via UTHR Utility Token.

## Similar Coins to Utherverse Xaeon

24h   7d   30d     See More

| ✓ Best Match   5.1/10 | ✓ 2nd Best Match   5.0/10 | ✓ 3rd Best Match   4.9/10 |
| --- | --- | --- |

Ad

🔵 Guncel Kripto ✓ · 6 hours    + Follow

🔵 $HYPE changed DeFi, what's next?

Flying Tulip is coming soon! A next-generation, on-chain trading platform engineered by Andre Cronje, the ... Read all

**THE NEXT SHYPE?**

📈 7   ❤ 59

👁 22K   💬 0   ⟲ 0   ♡ 66   •••

🔵 WavesOnCh... ✓ · 1 minute    + Follow

⚡ 🟠 $PUZZLE smashes records: Highest volume month EVER in August!
💰 Total Volume: $6,242,333
📊 Total Transactions: 25,383
This is a massive milestone for ... Read all

👁 0   💬 3   ⟲ 1   ♡ 0   •••

🔵 Crypto King25 ✓ · 1 hour    + Follow

🔴 INSIGHT: September 21 is the worst day of the year for 🟠 $BTC. It drops nearly 80% of the time

It has the single largest calendar ... Read all

🔘 $UTHR How do you feel t...    Post

## Popular Tokens on the Solana Chain



## Most Visited Cryptocurrencies



# Exhibit 17

17 - CoinMarketCap Social Network Discussion of RAYs



← $RAY

Top          People          Latest

Disclaimer: The data and information contained therein are provided by a third party and CoinMarketCap does not create such data. See full terms here

**Decrypt** ✔ @Decrypt · Sep 3
Billionaire Ray Dalio Links Bitcoin's Rise to 'Debt-Fueled Heart Attack' in U.S.
🔗 decrypt.co/337925/billionaire-...

❤️ 14

💬 0        🔁 0        😊 14        ⋯

**ItsBitcoinWorld** ✔ @ItsBitcoinWorld · Sep 2
Ray Dalio, the renowned American hedge fund titan, recently sparked conversations across financial markets with his bold declaration on X: Bitcoin, a compelling Bitcoin alternative, could be a crucial hedge against a potentially unstable US dollar.
🔗 bitcoinworld.co.in/bitcoin-alt...



❤️ 11

💬 0        🔁 0        😊 11        ⋯

**WuBlockchain** ✔ @WuBlockchain · Sep 2
Ray Dalio said that Crypto is now an alternative currency that has its supply limited, so, all things being equal, if the supply of dollar money rises and/or the demand for it falls, that would likely make crypto an attractive alternative currency. Dollar and the other reserve currency governments' bad debt situations as threatening to their appeals as reserve currencies and storeholds of wealth, which is what has been contributing to the rises in gold and cryptocurrency prices.    ... Read all

❤️ 8

💬 1        🔁 1        😊 8        ⋯

**Mjojo22** @danialroohi76_79skml · Sep 2
I'm bullish on 😊 $RAY

📈 3    ❤️ 11    👏 1    🐸 1

💬 0        🔁 0        😊 16        ⋯

**Blockonomi** ✔ @blockonomi · Sep 3
Ray Dalio says 📋 #crypto's limited supply makes it an attractive alternative as U.S. debt strains the dollar 🟠 $BTC
Full Story Below 👇
🔗 blockonomi.com/debt-woes-push-...

❤️ 15

💬 0        🔁 0        😊 15        ⋯

**DT News** ✔ @DeyThere · Sep 3
Ray Dalio Cryptocurrency Hedge Warning: Can Bitcoin Protect Against the



← $RAY

**Top**          People          Latest

❤ 2   🔥 1   📈 1

💬 0          ↻ 0          😊 4          •••

**David** @igxmyjthheds · Sep 4
I sold ⓢ $RAY too early. Now I'm missing out.
❤ 9   📈 3   👍 2   🌐 2   🌲 2   🔵 1

💬 1          ↻ 1          😊 19          •••

**Anthony** @hxhlphx4uith · 7 hours
It's a good day to be a ⓢ $RAY holder.
❤ 4   📈 1

💬 0          ↻ 0          😊 5          •••

**Anthony** @hxhlphx4uith · 3 hours
Am I the only one worried about ⓢ $RAY?
❤ 2   👍 1   📈 1

💬 0          ↻ 0          😊 4          •••

**Coinspeaker** ✔ @Coinspeaker · Sep 3
Billionaire Ray Dalio: Crypto Is Now Alternative Currency
Ray Dalio, billionaire investor and founder of Bridgewater Associates, said crypto is now a real alternative currency as the US faces mounting debt and inflation.
🔗 www.coinspeaker.com/billionair...

❤ 4

💬 0          ↻ 0          😊 4          •••

**CryptoSlate** ✔ @CryptoSlate · Sep 4
📣 Top #CryptoNews: Thu, Sep 4 (24H)
1️⃣ Billionaire Ray Dalio reiterates warnings of dollar decline, suggests #Bitcoin as a hedge
2️⃣ #Ethereum securing Solana: Unified security layers may accelerate institutional crypto adoption

https://coinmarketcap.com/community/search/top/raydium — captured 2025-09-05 13:51:23 PDT





https://coinmarketcap.com/community/search/top/raydium — captured 2025-09-05 13:51:23 PDT

$RAY

Top          People          Latest

🚨 We're updating & 🍬 can win 10,000 USDT! ❤️
As known, a total of 1B 🤖 $AIX tokens were minted.
On 30.07.2025 we burned 900M tokens (90%), leaving a final 100M total & circulating supply. 🔥
(tx hash: 🔗 t.co/fexO9ApFzk)
Currently:
• 100M 🤖 $AIX total supply                                    ... Read all

❤️ 53    🖐 21    🔥 11    😂 5    📈 1

💬 46          ⇄ 77          😊 91          •••

**Blynex** @blynex · Sep 3
🔎 Hedge Fund Billionaire Ray Dalio Breaks Down What Could Make Crypto Outshine The Dollar 🔍
🔻 Billionaire hedge fund founder Ray Dalio has said that crypto could become an attractive alternative to the dollar as debt-laden fiat currencies weaken and become less attractive as stores of wealth.
🔻 In a post on X on Wednesday, Dalio described crypto as an "alternative currency" with limited supply. He argued that if the supply of d... Read all

❤️ 2

💬 0          ⇄ 0          😊 2          •••

**Cointelegraph** ✔️ @Cointelegraph · Sep 2
🚨 TODAY: Ray Dalio says, "Crypto is now an alternative currency that has its supply limited, so, all things being equal, if the supply of dollar money rises and/or demand for it falls, that would likely make crypto an attractive alternative currency."





← $RAY

**Top**     People     Latest

♥ 2

💬 0          ⟲ 0          ☺ 2          ···

**Cornucopias** ✓ @Cornucopias · 6 hours
Release 0.3.2 "Ready to Rise" is live.
We're excited to bring early preview game loops, new tech, fresh gear, and quality-of-life upgrades. Here's what's inside. 🎮
1/ Nvidia AI Performance
DLSS, Frame Gen, Ray Reconstruction, and Reflex are now supported. Find them in your settings menu for a smoother experience.
2/ Hotzone: Speed Runner                                    ... Read all

READY TO RISE
RELEASE 0.3.2

♥ 2

💬 0          ⟲ 0          ☺ 2          ···

**Raydium** ✓ @Raydium · 1 hour
Here is a TLDR of everything that happened on Raydium this week
🟩 USD1 launch → $110m in 24h
🃏 RWA adoption → Pokemon cards on-chain with Collector Crypt
✏️ Word Mobile expands to Solana
📊 TradFi → Tokenized equities $150m+ volume
📈 86% QoQ TVL growth
Full breakdown 🧵                                           ... Read all

BUILD ON
RAYDIUM

♥ 1

💬 0          ⟲ 0          ☺ 1          ···

**Raydium** ✓ @Raydium · Sep 2
Trading Pokémon cards on Solana?
Collector Crypt is bringing real-world collectibles to Solana and unlocking liquidity on Raydium to power their token ecosystem
A quick thread on how trading cards are evolving using DeFi 👇

https://coinmarketcap.com/community/search/top/raydium — captured 2025-09-05 13:51:23 PDT



$RAY

Top    People    Latest

**mikedoyle** ✓ @mikedoyle · Sep 3
Daily Crypto & TradFi Insights
Stay informed with the latest trends in crypto and traditional finance!
Follow General TaoWAR and Lady Kaede for essential updates!
#TaoWARSignals at 🔗 taowar.ai
2/11 Artificial Intelligence:
Ant Group has introduced a financial reasoning model, Agentar-Fin-R1,
enhancing the reliability of AI applications in finance. Their new ... Read all
❤ 23   ↘ 2
💬 0    ⇄ 0    ⊙ 25

**Raydium** ✓ @Raydium · Sep 2
Raydium processed $110M+ USD1 volume on Solana yesterday.
Accelerate. 🚀👆

# $110M+
USD1 Volume in the first 24hrs

❤ 8  🔥 1  🔥 1  📈 1  🐸 1  ⛰ 1
💬 0    ⇄ 0    ⊙ 14

**Raydium** ✓ @Raydium · 8 hours
Every day I wake up more bullish on Solana builders
❤ 5  ↘ 2  🔵 2  📈 1  🐸 1
💬 0    ⇄ 0    ⊙ 11

**Raydium** ✓ @Raydium · Sep 3
Global, Permissionless, 24/7 markets on Solana
Powered by Raydium
❤ 11  🔥 2  🔥 2  📈 2  🐸 1
💬 1    ⇄ 1    ⊙ 18

**Guncel Kripto** ✓ @GuncelKriptoCom · 6 hours
Ⓖ $HYPE changed DeFi, what's next? 🔥

Flying Tulip is coming soon! A next-generation, on-chain trading platform

https://coinmarketcap.com/community/search/top/raydium — captured 2025-09-05 13:51:23 PDT

← $RAY

Top                    People                    Latest



↗ 7    ♥ 60