1  GARY S. SHUSTER, CA SBN 162379
   litigation@utherverse.legal
2  UTHERVERSE, INC. LEGAL DEPT.
   102-80A 6th St.
3  New Westminster BC V3L 5B3
   Canada
4  Telephone: (778) 802-5025
   Facsimile: (559) 272-2222
5
   Attorneys for Plaintiff,
6  UTHERVERSE, INC.

7               UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10

| UTHERVERSE, INC., a Nevada corporation, | Case No. |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) OF PLAINTIFF UTHERVERSE, INC.** |
| v. | |
| GECKO LABS PTE. LTD., d/b/a COINGECKO; and COINMARKETCAP OPCO, LLC, d/b/a COINMARKETCAP | |
| Defendants. | |

       Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Utherverse, Inc. discloses that it

does not have a parent corporation and that there is no publicly held corporation owning ten percent

or more of its stock.

Dated: September 6, 2025            UTHERVERSE, INC. LEGAL DEPARTMENT



                                   By:  /s/ Gary Shuster
                                        GARY S. SHUSTER

                                   Attorneys for Plaintiff
                                   UTHERVERSE, INC.

                                   102-80A 6th St.
                                   New Westminster BC V3L 5B3
                                   Canada
                                   litigation@utherverse.legal
                                   Phone: 778-802-5025
                                   Fax: 559-272-2222

RULE 7.1 DISCLOSURE OF UTHERVERSE, INC.