1  GARY S. SHUSTER, CA SBN 162379
   litigation@utherverse.legal
2  UTHERVERSE, INC. LEGAL DEPT.
   102-80A 6th St.
3  New Westminster BC V3L 5B3
   Canada
4  Telephone: (778) 802-5025
   Facsimile: (559) 272-2222

5
   Attorneys for Plaintiff,
6  UTHERVERSE, INC.

7              UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

9

10

   UTHERVERSE, INC., a Nevada corporation,        Case No.
11
                      Plaintiff,                  **LOCAL RULE 3-15 STATEMENT OF**
12                                                **PLAINTIFF UTHERVERSE, INC.**
   v.
13
   GECKO LABS PTE. LTD., d/b/a
14 COINGECKO; and COINMARKETCAP
   OPCO, LLC, d/b/a COINMARKETCAP
15
                      Defendants.
16

17
         Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict
18
   or interest (other than the named parties) to report.
19

20
   Dated: September 6, 2025              UTHERVERSE, INC. LEGAL DEPARTMENT
21

22

23                                       By:  /s/ Gary Shuster
                                              GARY S. SHUSTER
24
                                         Attorneys for Plaintiff
25                                       UTHERVERSE, INC.

26                                       102-80A 6th St.
                                         New Westminster BC V3L 5B3
27                                       Canada
                                         litigation@utherverse.legal
28                                       Phone: 778-802-5025
                                         Fax: 559-272-2222

              LOCAL RULE 3-15 STATEMENT OF UTHERVERSE, INC.