|   |   |
|---|---|
| 1 | GARY S. SHUSTER, CA SBN 162379 |
| 2 | litigation@utherverse.legal<br>UTHERVERSE, INC. LEGAL DEPT. |
| 3 | 102-80A 6th St.<br>New Westminster BC V3L 5B3 |
| 4 | Canada<br>Telephone: (778) 802-5025 |
| 5 | Facsimile: (559) 272-2222 |
| 6 | Attorneys for Plaintiff,<br>UTHERVERSE, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UTHERVERSE, INC., a Nevada corporation, | Case No. 3:25-cv-07599-LJC |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| GECKO LABS PTE. LTD., d/b/a COINGECKO; and COINMARKETCAP OPCO, LLC, d/b/a COINMARKETCAP | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Utherverse, Inc. hereby voluntarily dismisses the above-captioned action against Defendants Gecko Labs Pte Ltd and CoinMarketCap Opco, LLC.

This dismissal is **WITH PREJUDICE**.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff certifies that no defendant has been served with the complaint, has served an answer, or a motion for summary judgment in this action.

DATED: December 2, 2025

Respectfully submitted,

                                UTHERVERSE, INC. LEGAL DEPARTMENT

By:   /s/ Gary Shuster
      GARY S. SHUSTER

Attorneys for Plaintiff
UTHERVERSE, INC.

102-80A 6th St.
New Westminster BC V3L 5B3
Canada
litigation@utherverse.legal
Phone: 778-802-5025
Fax: 559-272-2222