UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTHERVERSE, INC., a Nevada corporation, | Case No. 3:25-cv-07599-LJC |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| GECKO LABS PTE. LTD., d/b/a COINGECKO; and COINMARKETCAP OPCO, LLC, d/b/a COINMARKETCAP | |
| Defendants. | |

The Court, having considered the Notice of Voluntary Dismissal filed by Plaintiff Utherverse, Inc., and noting that no defendant has filed an answer or motion for summary judgment, acknowledges the voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____

HON. LISA J. CISNEROS United States Magistrate Judge